BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com
    rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>Plaintiff,<br><br>vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. §1441(a)**<br><br>**(FEDERAL QUESTION)**<br><br>Riverside County Superior Court Case No. CVPS2508295<br><br>Complaint Filed: November 12, 2025<br><br>First Amended Complaint Filed: November 18, 2025 |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Oaktree Funding Corp ("Oaktree")[1] hereby removes the above-captioned action, Case No.: CVPS2508295, currently pending in the Superior Court of the State of California in and for the County of Riverside, Palm Springs Branch, to the United States District Court for the

---
[1] Per the docket, the only Defendant who has responded was Rocket Title Insurance who was dismissed on January 5, 2026. When Oaktree discovers who represents the other Defendants Oaktree will request their consent. However, Oaktree did not want to waive its right to removal by failing to file this Notice of Removal in a timely fashion.

Central District of California.  Removal is pursuant to 28 U.S.C. Sections 1441 and 1446, and is based upon federal question jurisdiction.

As grounds for removal, Oaktree states as follows:

1. On November 12, 2025, plaintiff Audrey B. Little ("Plaintiff") filed an action in the Superior Court of the State of California in and for the County of Riverside, Palm Springs Branch, entitled Little v. Rocket Title Insurance Company et al., Case No.: CVPS2508295.  On November 18, 2025, Plaintiff filed its First Amended Complaint in the action.  A true and correct copy of the First Amended Complaint is attached hereto as **Exhibit A**.

2. The First Amended Complaint alleges, *inter alia*, that Oaktree allegedly violated the Real Estate Settlement Procedures Act, 12 C.F.R. § 1024 and that Plaintiff is allegedly entitled to rescission of the loan as a result.  *See* First Amended Complaint, at p. 22.  Consequently, it appears from the face of the First Amended Complaint that the Court is presented with a federal question, and that Plaintiff's remaining state law claims arise from the same nucleus of operative fact thereto.

3. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by Oaktree under the provisions of 28 U.S.C. §§ 1441(a) and 1446 in that it arises under, at a minimum, the Real Estate Settlement Procedures Act, 12 C.F.R. § 1024.

4. Venue lies in this Court pursuant to 28 U.S.C § 1441(a), as Plaintiff originally brought this action in the Superior Court of the State of California, County of Riverside, which lies within the Eastern District of the Central District of California, and Plaintiff resides in the County of Riverside, California.

5. Attached hereto marked as **Exhibit B** are the documents which have been served upon it by the Plaintiff.

6. Attached hereto as **Exhibit C** is a copy of the "Notice of Filing of Notice of Removal," without the exhibit referenced therein, as including it would render this pleading infinitely duplicative.  Oaktree will promptly serve upon Plaintiff's counsel

the "Notice of Filing of Notice of Removal," with referenced exhibit attached, and will promptly file with the Clerk of the Riverside County Superior Court. *See* 28 U.S.C. §§ 1446(a), (d).

WHEREFORE, Oaktree prays that the above-entitled action now pending in the Superior Court of the State of California in and for the County of Riverside, Palm Springs Branch, be removed to this Court pursuant to 28 U.S.C. §1441(a).

DATED:  January 29, 2026          BUCHALTER LLP


By: */s/ Jason E. Goldstein*
JASON E. GOLDSTEIN
RICHARD HOVSEPYAN
Attorneys for Defendant
OAKTREE FUNDING CORPORATION