# EXHIBIT C

Exhibit C Page 38

BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com
          rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE, PALM SPRINGS BRANCH

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. CVPS2508295<br><br>**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441 FEDERAL QUESTION JURISDICTION**<br><br>Complaint Filed: November 12, 2025<br><br>First Amended Complaint Filed: November 18, 2025 |

**TO THE RIVERSIDE COUNTY SUPERIOR COURT, PLAINTIFF AUDREY B. LITTLE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on January 29, 2026, notice of removal of this action was filed in the United States District Court for the Central District of California. A copy of which is attached to this notice as **Exhibit 1** and is served herewith.

/ / /

/ / /

/ / /

/ / /

/ / /

1
NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441 FEDERAL QUESTION JURISDICTION

BUCHALTER LLP
IRVINE

BUCHALTER 107835050v1

Exhibit C Page 39

| | | |
|---|---|---|
| 1 | DATED: January 29, 2026 | BUCHALTER LLP |
| 2 | | |
| 3 | | By:  /s/ Jason E. Goldstein |
| 4 | | JASON E. GOLDSTEIN<br>RICHARD HOVSEPYAN<br>Attorneys for Defendant |
| 5 | | OAKTREE FUNDING CORP |

2

**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441 FEDERAL QUESTION JURISDICTION**