# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Palm Springs Courthouse

Ex Parte Application for Order Compelling Payment of Policy Benefits, Cure of Title Defect, and Production of Escrow and Title Files

11/13/2025
8:30 AM
Department PS1

**CVPS2508295**
**LITTLE vs ROCKET TITLE INSURANCE**

Honorable Kira L. Klatchko, Judge
D. Elless, Courtroom Assistant
Court Reporter: None

---

**APPEARANCES:**
AUDREY LITTLE is present In Person, represented by PRO PER
ROCKET TITLE INSURANCE [DEF] Represented by Phillip Glass appearing remotely in Court.

---

This matter is being live streamed for public access.
At 09:25 AM, the following proceedings were held:
Court finds Phillip Glass is making a general appearance on behalf of Rocket Title Insurance only.
Motion by Audrey Little regarding Ex Parte Application for Order Compelling Payment of Policy Benefits, Cure of Title Defect, and Production of Escrow and Title Files is called for hearing.
Audrey Little sworn and examined.
Argument presented by Phillip Glass.
Court makes the following order(s):
Ex Parte Application for Order Compelling Payment of Policy Benefits, Cure of Title Defect, and Production of Escrow and Title Files denied.
Court finds relief is not appropriate to grant on an ex parte basis.
Notice waived.