## MC-410 — Disability Accommodation Request

**CONFIDENTIAL**

If you have a disability and need an accommodation while you are at court, you can use this form to make your request. For more information, see form MC-410-INFO.

 Make this request at least **5 days** (when the court is open) before you need the accommodation.

*Clerk receives and date stamps here.*

**Court Name and Address:**

### 1 Your information

Name: Audrey Little

Address: 81439 Merv Griffin Way

La Quinta CA  92253

Phone: 310-283-4448

Email: audrey.little458@gmail.com

**Case Number (if you know it):** CVPS2508295

**Case Name/Type (if you know it):** Little vs Rocket

### 2 How are you involved in the case?
☐ Juror  ☒ Party  ☐ Witness  ☐ Lawyer
☐ Other (explain):

### 3 When and where do you need the accommodation? [date(s), time(s), and court location]
Supior court of Riversie , Palm Springs Division

### 4 What accommodation do you need at the court?
The ability to appear remotely (by Zoom or equivalent) when medically necessary;schedule hearings at earliest possible dates when court permits, consideration and limitations on continuances  where pheasa

### 5 Why do you need this accommodation to assist you in court?
I am disableld and this case is causng orolinged harm.  That these accommodations apply to all future hearings in this matter.

☒ More information on this request is attached.

Date: 12-31-2025

Audrey Little

Type or print name

*audrey Little*

Signature

**(Optional)** If a court employee, caregiver or other person helped fill out this form and is **willing to provide more information if needed**, provide contact information below:

Name:                              Email:                              Phone:

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2021, Optional Form
Cal. Rules of Court, rule 1.100

**Disability Accommodation Request**

MC-410, Page 1 of 2



Name: Audrey Little

**Case Number (if you know it):**
CVPS2508295

— — — — — — — — — — — — — — **Court fills out below** — — — — — — — — — — — — — —

| ! | **(Optional)** |

**Important!** If your case is delayed or dismissed after you make this request and you do not need the accommodation for the date you specified under 3, please contact the court at:

Phone: _____   Email: _____

☒ Your request is **GRANTED.** The court will provide the accommodation(s) requested.

☐ Your request is **DENIED IN WHOLE OR IN PART.** The denied portion of your request:

    ☐ Does not meet the requirements of <u>Cal. Rules of Court, rule 1.100</u>.

    ☐ Creates an undue financial or administrative burden for the court.

    ☐ Changes the basic nature of the court's service, program, or activity.

    Explain the reasons supporting the box(es) checked above:

    _____

    _____

    ☐ **Instead**, the court will provide the following accommodation(s):

    _____

    _____

**The court will provide the accommodation(s):**

☐ For the date(s) and time(s) requested      ☐ Indefinitely

☐ On date(s): _future courts hearings, unless trials or other evidentiary hearings where_

☐ More information on this decision is attached. _Physical attendance is necessary._

Date: _1.0926_

_Arthur C Hester_

Type or print name

▶ _Lee_

Signature

The court responded in person, by phone, or mail/email on: _____

**Note**: You may be able to ask for a review of this decision.
<u>Cal. Rules of Court, rule 1.100(g)</u> explains how to do this.

Rev. January 1, 2021

**Disability Accommodation Request**

MC-410, Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |