BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:jgoldstein@buchalter.com
        rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| AUDREY B. LITTLE, | CASE NO. |
|---|---|
| Plaintiff, | **DEFENDANT OAKTREE FUNDING CORP.'S LOCAL RULE 7.1 DISCLOSURE STATEMENT** |
| vs. | |
| OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The undersigned, counsel of record for Defendant Oaktree Funding Corp., an Arizona corporation ("Oaktree"), certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    Capital Direct Holdings, LLC, is the parent corporation of Oaktree.

DATED: January 29, 2026          BUCHALTER LLP


By:  /s/ Jason E. Goldstein
                    JASON E. GOLDSTEIN
                    RICHARD HOVSEPYAN
                    Attorneys for Defendant
              OAKTREE FUNDING CORPORATION

1

**DEFENDANT OAKTREE FUNDING CORP.'S LOCAL RULE 7.1 DISCLOSURE STATEMENT**

BUCHALTER LLP
IRVINE