PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER

The Court, having considered Plaintiff's Ex Parte Application for Temporary Restraining Order, ORDERS: 1. Defendants are TEMPORARILY RESTRAINED from initiating or continuing enforcement actions related to the subject property. 2. This Order preserves the status quo pending further order of the Court. IT IS SO ORDERED. DATED: _____
_____ UNITED STATES DISTRICT JUDGE