1  BUCHALTER LLP
   JASON E. GOLDSTEIN (SBN:  207481)
2  RICHARD HOVSEPYAN (SBN:  365788)
   18400 Von Karman Avenue, Suite 800
3  Irvine, California  92612-0514
   Telephone: 949.760.1121
4  Facsimile: 949.720.0182
   Email:  jgoldstein@buchalter.com
5
   Attorneys for Defendant
6  OAKTREE FUNDING CORP.

7

8              **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10                **RIVERSIDE DIVISION**

11  AUDREY B. LITTLE,                    Case No. 5:26-cv-00402-MEMF-MBK

12          Plaintiff,                   **NOTICE OF ERRATA RE ECF NO. 1**

13      vs.

14  OAKTREE FUNDING
    CORPORATION; ROCKET CLOSE,
15  LLC; ROCKET COMPANIES, INC.; and
    DOES 1 through 50, inclusive,
16
            Defendants.
17

18      **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR**

19  **THE   CENTRAL   DISTRICT   OF   CALIFORNIA,   ALL   INTERESTED**

20  **PARTIES AND THEIR COUNSEL OF RECORD:**

21      **PLEASE TAKE NOTICE** that on January 29, 2026, Buchalter LLP filed its

22  Notice of Removal (ECF No. 1).   Upon opening of the case, Buchalter LLP

23  erroneously selected representation of all the Defendants.   Buchalter LLP only

24  represents Defendant Oaktree Funding Corp.

25      The undersigned apologizes for the inadvertent selection.

26

27

28

BUCHALTER LLP
IRVINE

NOTICE OF ERRATA RE ECF NO. 1                              Case No. 5:26-cv-00402
BUCHALTER 107850839v1

1   DATED:  January 30, 2026       BUCHALTER LLP

2

3                            By:      /s/ Jason E. Goldstein
JASON E. GOLDSTEIN

4                            Attorneys for Defendant
OAKTREE FUNDING CORP.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER LLP
IRVINE

**NOTICE OF ERRATA RE ECF NO. 1**               Case No. 5:26-cv-00402
BUCHALTER 107850839v1