LODGED
CLERK, U.S. DISTRICT COURT

1/30/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____ASI_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

AUDREY LITTLE, Plaintiff, v. OAKTREE FUNDING CORPORATION, et al., Defendants. Case No. 5:26-cv-00402

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND FOR FEES

The Court, having considered Plaintiff's Motion to Remand and for Fees under 28 U.S.C. § 1447(c), and good cause appearing, ORDERS as follows:

1. Plaintiff's Motion to Remand is GRANTED. This action is REMANDED to the Riverside County Superior Court.

2. Plaintiff's request for fees and costs under 28 U.S.C. § 1447(c) is GRANTED in the amount of $_____ (or as determined by further application).

3. The Clerk is directed to transmit a certified copy of this Order to the Riverside County Superior Court and close this case.

IT IS SO ORDERED. DATED: _____ _____
UNITED STATES DISTRICT JUDGE