1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AUDREY B. LITTLE,<br><br>    Plaintiff's,<br><br>  v.<br><br>OAKTREE FUNDING CORPORATION ET AL,<br><br>    Defendant's. | 5:26-cv-00402-MEMF-MBKx<br><br>**RESOURCES FOR PRO SE LITIGANTS** |
|---|---|

## **RESOURCES FOR SELF-REPRESENTED PARTIES**

  Judge Frimpong understands that Plaintiff does not have an attorney. People without attorneys are sometimes called "self-represented litigants" or "pro se litigants." Even though Plaintiff does not have an attorney, they still have to follow all of Judge Frimpong's orders, all of Judge Frimpong's "Standing Orders," the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. Judge Frimpong's "Standing Orders" are orders that all people and companies with cases assigned to her have to follow. Look on Judge Frimpong's website, https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong, to find her Standing Orders.

The Local Rules are rules that have been decided by the judges of the Central District of California and all people and companies with cases in the Central District of California have to follow them, unless their individual judge has decided something different. Look on the Central District of California's website, https://www.cacd.uscourts.gov/court-procedures/local-rules, to find the Local Rules.

All people and companies with federal cases have to follow the Federal Rules of Civil Procedure. Look on the United States Courts website, https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure, to find the Federal Rules of Civil Procedure.

While Judge Frimpong does not have restrictions on any party's use of Artificial Intelligence ("AI"), the Court reminds the parties that AI may output information that is false, inaccurate, or biased. It is the responsibility of the parties to personally ensure the accuracy of any statements and representations made in the course of the litigation even if it has been generated by AI. The parties may find it helpful to consult the Practical Guidance issued by the State Bar of California on the usage of AI, https://www.calbar.ca.gov/Portals/0/documents/ethics/Generative-AI-Practical-Guidance.pdf.

Judge Frimpong is not allowed to give legal advice to any party, including self-represented litigants, but there are a number of legal aid organizations that can share information with self-represented litigants and give them guidance about how to follow the rules in federal court. Judge Frimpong would like all self-represented litigants to know about these resources, and she urges self-represented litigants to take advantage of these resources:

- Public Counsel runs a free Federal *Pro Se* Clinic where self-represented litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. Self-represented litigants must call or submit an online application to request services as follows: online applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

- Public Counsel also runs a bankruptcy clinic where self-represented litigants can get information and guidance on bankruptcy cases in particular: https://publiccounsel.org/services/bankruptcy/.
- Public Counsel also has extensive resources for self-represented litigants at its website located at https://publiccounsel.org/services/federal-court/, including instructional videos at https://publiccounsel.org/services/federal-court/instructional-videos/.
- The Court is also informed that the LA Law Library also has extensive resources for self-represented litigants, including those with federal court cases. The LA Law Library's main branch is located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, but it has other branches in LA County as well as partnerships with other public libraries. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513. Self-represented litigants can also walk in and speak to a reference librarian, and can use free computer terminals to conduct free Westlaw and Lexis research.
- The Legal Aid Foundation of Los Angeles may also be of assistance. They have five offices, located in: Downtown Los Angeles, East Los Angeles, South Los Angeles, Long Beach, and Santa Monica. Their website is: https://lafla.org/.

Various other resources that pro se litigants may find useful are bulleted below:

- E-Filing for Self-Represented Litigants: https://www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.
- Judge Frimpong's Web Page—includes the Court's current Civil Standing Order, which lays out various rules and procedures that apply to cases with Judge Frimpong: https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong.
- California Courts Self-Help Guide: https://selfhelp.courts.ca.gov/court-basics
- Civil Litigation Timeline: https://www.courts.ca.gov/documents/CIP_CivilCaseFlowChart.pdf.

- Glossary of Legal Terms: https://www.uscourts.gov/glossary.

IT IS SO ORDERED.

Dated:  February 3, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge