| | |
|---|---|
| 1 | Brian A. Paino (SBN 251243) |
| 2 | bpaino@hinshawlaw.com<br>Zeeshan Iqbal (SBN 337990) |
| 3 | ziqbal@hinshawlaw.com<br>**HINSHAW & CULBERTSON LLP** |
| 4 | 350 South Grand Ave., Suite 3600<br>Los Angeles, CA 90071-3476 |
| 5 | Telephone:  213-680-2800<br>Facsimile:   213-614-7399 |
| 6 | Attorneys for *Defendants* **ROCKET CLOSE, LLC (F/K/A AMROCK TITLE CALIFORNIA INC.) and ROCKET COMPANIES, INC.** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY LITTLE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROCKET TITLE INSURANCE COMPANY; ROCKET CLOSE, LLC (F/K/A AMROCK TITLE CALIFORNIA INC.); ROCKET COMPANIES, INC.; OAKTREE FUNDING CORPORATION; AND DOES 1-50,<br><br>　　　　Defendants. | Case No.: 5:26-cv-00402-MEMF-MBK<br><br>Assigned to: Hon. Maame Ewusi-Mensah Frimpong<br>Dept: 8B<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINE FOR DEFENDANTS ROCKET CLOSE, LLC AND ROCKET COMPANIES, INC.**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Action Filed: November 12, 2025<br>Trial Date: NA |

This Stipulation to Extend Response Deadline for Defendants Rocket Close, LLC and Rocket Companies, Inc. ("Stipulation") is entered into between *Defendants* Rocket Close, LLC (f/k/a Amrock Title California Inc.) and Rocket Companies, Inc. (collectively, the "Defendants") and *Plaintiff* Audrey Little ("Plaintiff," and together with Defendants, the "Parties").

## RECITALS

**A.**　　On November 12, 2025, Plaintiff filed an original complaint in the Superior Court of California, County of Riverside (the "Superior Court") with the case number CVPS2508295 (the "Complaint") against Defendants and Rocket Title

1  Insurance Company ("Rocket Title"). The Court issued a Summons on the Complaint
2  on the same date.

3        **B.**    Prior to the service of the Complaint, on October 18, 2025, Plaintiff filed
4  a First Amended Complaint ("FAC") through which she added Oaktree Funding
5  Corporation ("Oaktree") as a defendant.

6        **C.**    On January 5, 2026, Plaintiff filed a Request for Dismissal (the "RFD")
7  wherein she requested the dismissal of Rocket Title from this action. The RFD was
8  entered by the Superior Court the same day.

9        **D.**    Service was completed on Defendants on December 26, 2025.
10 Consequently, the deadline for Defendants to file a responsive pleading was January
11 26, 2026. However, the Parties subsequently agreed to extend the response deadline
12 after multiple discussions during which Plaintiff agreed an amended complaint would
13 be needed. Defendants, in turn, agreed they would not oppose any motion for leave to
14 file a second amended complaint filed by Plaintiff.

15       **E.**    On January 6, 2026, Plaintiff filed a Motion for Leave to File Second
16 Amended Complaint (the "Motion for Leave") wherein she seeks leave to file a
17 Second Amended Complaint ("SAC"). The Motion for Leave was set for hearing on
18 February 23, 2026, in the Superior Court.

19       **F.**    On January 29, 2026, Oaktree filed a Notice of Removal [Doc. 1],
20 removing the case to this Court.

21       **G.**   Plaintiff has since filed various motions, including: (1) Plaintiff's
22 Emergency Motion to Remand and for Fees [Doc. 11]; and (2) Plaintiff's Motion for
23 Leave to File the Second Amended Complaint [Doc. 13] ("Second Motion for
24 Leave"). Defendants agree they will not oppose Plaintiff's Second Motion for Leave,
25 subject to the terms and conditions of this Stipulation.

26       **H.**    To avoid unnecessary motion practice and aid in the efficient
27 administration of this case, the Parties have agreed to enter into this Stipulation to
28

extend the response deadline for Defendants to align with a decision on the Second Motion for Leave.

### TERMS

The Parties agree as follows:

**1.** In the event this Court grants the Second Motion for Leave, Defendants shall have twenty-one (21) days from the date of service of the SAC to file a responsive pleading.

**2.** In the event the Second Motion for Leave is denied, Defendants shall fourteen (14) days from the date of the entry of an order denying the motion to file a response to the FAC.

**IT IS SO STIPULATED**.

Dated: February 5, 2026          **HINSHAW & CULBERTSON LLP**

By: /s/ Zeeshan Iqbal
BRIAN A. PAINO
ZEESHAN IQBAL
Attorneys for *Defendants* **ROCKET CLOSE, LLC (F/K/A AMROCK TITLE CALIFORNIA INC.) and ROCKET COMPANIES, INC.**

Dated: February 5, 2026          By: *Audrey Little*
AUDREY LITTLE, *in pro per*

# PROOF OF SERVICE

***Audrey Little v. Rocket Title Insurance Company, et al.***
**USDC, Central District of California Case No.: 5:26-cv-00402-MEMF-MBK**

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476. Email: crico@hinshawlaw.com

On **February 5, 2026**, I served the document(s) entitled:

**(1) STIPULATION TO EXTEND RESPONSE DEADLINE FOR DEFENDANTS ROCKET CLOSE, LLC AND ROCKET COMPANIES, INC.;** and

**(2) [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND RESPONSE DEADLINE FOR DEFENDANTS ROCKET CLOSE, LLC AND ROCKET COMPANIES, INC.**

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☐ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY EMAIL SERVICE** as follows: By email or electronic transmission: Based on any agreement between the parties and/or as a courtesy, I sent the document(s) to the person(s) at the email address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **February 5, 2026**, at Anaheim, California.

Carolina Rico

# SERVICE LIST

***Audrey Little v. Rocket Title Insurance Company, et al.***
**USDC, Central District of California Case No.: 5:26-cv-00402-MEMF-MBK**

| | |
|---|---|
| Audrey B. Little<br>81439 Merv Griffin Way<br>La Quinta, CA 92253<br>Tel.: (310) 283-4448<br>Email: audreylittle@icloud.com<br>audrey.little458@gmail.com<br><br>*(Via Email)* | *Plaintiff*, **IN PRO PER** |
| Jason E. Goldstein, Esq.<br>Richard Hovsepyan, Esq.<br>BUCHALTER LLP<br>18400 Von Karman Ave., Suite 800<br>Irvine, CA 92612-0514<br>Tel.: (949) 760-1121<br>Fax: (949) 720-0182<br>Email: jgoldstein@buchalter.com<br>rhovsepyan@buchalter.com<br><br>*(Via ECF)* | Attorneys for *Defendant* **OAKTREE FUNDING CORP** |