UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: 5:26-cv-00402 MEMF (MBKx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF AUDREY B. LITTLE'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

　　　　Defendant Oaktree Funding Corp. ("Oaktree"), having opposed an ex parte application for a temporary restraining order ("Application") filed by Plaintiff Audrey B. Little ("Plaintiff"), and the Court having reviewed all of the papers, hereby determines as follows:

　　　　The Court, having considered Oaktree's opposition and finding good cause therefor, hereby denies the Applicaiton and holds that:

　　　　1.　　Plaintiff's Application is denied.

　　　　2.　　Plaintiff has not established an emergency.

3. Plaintiff has not established any of her claims for relief.

IT IS SO ORDERED.

Dated: February __, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge