BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:jgoldstein@buchalter.com
        rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>        Plaintiff,<br><br>    vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.: 5:26-cv-00402 MEMF (MBKx)<br><br>**DEFENDANT OAKTREE FUNDING CORP'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE [DKT. 4, P. 78] AND (PROPOSED) ORDER**<br><br>[Opposition, Declaration of Robert Teague, Declaration of Jason E. Goldstein, Evidentiary Objections and (Proposed) Order filed concurrently herewith] |

Defendant Oaktree Funding Corp. ("Oaktree"), hereby submits its evidentiary objections to the Declaration of Plaintiff Audrey B. Little, submitted as Dkt. # 4, page 78, and proposed order:

## EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| 1.    I am the Plaintiff in this action and am proceeding in pro per. I have personal knowledge of the facts stated herein. | **Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 701** (improper | ☐  Sustained<br>☐  Overruled |

**DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE AND (PROPOSED) ORDER**

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| | opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) | |
| 2.       I submit this declaration in support of (a) my Ex Parte Application for Temporary Restraining Order, (b) my Motion for Leave to File the Second Amended Complaint for purposes of clarifying jurisdiction, and (c) my Motion to Remand and for Fees under 28 U.S.C. § 1447(c). | **Fed R. Evid. 402 and 403** (irrelevant) | ☐  Sustained<br>☐  Overruled |
| 3.       Prior to removal, I provided Defendants a complete redlined version of the First Amended Complaint and advised in writing that the pleading was materially revised and being superseded. I also advised that the Second Amended Complaint (v82) removes any RESPA / Regulation X claim. | **Fed R. Evid. 402 and 403** (irrelevant)<br><br>**Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 802** (hearsay) | ☐  Sustained<br>☐  Overruled |
| 4.       I met and conferred with counsel for Rocket Close and Rocket Companies regarding the Second Amended Complaint, reviewed the causes of action, and advised that RESPA / Regulation X was removed. Rocket agreed to respond only to the Second Amended Complaint. | **Fed R. Evid. 402 and 403** (irrelevant)<br><br>**Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 802** (hearsay) | ☐  Sustained<br>☐  Overruled |
| 5.       I did not have a meet-and-confer with Oaktree. Oaktree declined to implement any temporary pause of enforcement. I offered to accommodate scheduling if Oaktree implemented a pause, and I also offered that the | **Fed R. Evid. 402 and 403** (irrelevant) | ☐  Sustained<br>☐  Overruled |

**DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE AND (PROPOSED) ORDER**

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| hearing could be moved earlier if the court permitted. Oaktree did not accept those options. | | |
| 6.    After the deadline to oppose my state-court injunction motion passed without a timely opposition, Defendants filed a Notice of Removal on January 29, 2026, freezing the state court's ability to act and creating an immediate gap in judicial protection. | **Fed R. Evid. 402 and 403** (irrelevant)<br><br>**Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 802** (hearsay)<br><br>**Fed R. Evid. 701** (improper opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) | ☐  Sustained<br>☐  Overruled |
| 7.    I have suffered irreparable harm and face imminent risk of additional irreparable harm absent immediate relief. This includes medically documented injury and health impacts associated with ongoing enforcement pressure and the inability to secure timely judicial review. | **Fed R. Evid. 402 and 403** (irrelevant)<br><br>**Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 802** (hearsay)<br><br>**Fed R. Evid. 701** (improper opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) | ☐  Sustained<br>☐  Overruled |

**IT IS SO ORDERED.**


Dated: February __, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

**DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE AND (PROPOSED) ORDER**