BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com
       rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>      Plaintiff,<br><br>vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO.: 5:26-cv-00402 MEMF (MBKx)<br><br>**DEFENDANT OAKTREE FUNDING CORP'S EVIDENTIARY OBJECTIONS TO SUPPLEMENTAL DECLARATION OF AUDREY B. LITTLE [DKT. 22] AND (PROPOSED) ORDER**<br><br>[Opposition, Declaration of Robert Teague, Declaration of Jason E. Goldstein, Evidentiary Objections and (Proposed) Order filed concurrently herewith] |

Defendant Oaktree Funding Corp. ("Oaktree"), hereby submits its evidentiary objections to the Declaration of Plaintiff Audrey B. Little, submitted as Dkt. # 22, and proposed order:

**<u>EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE</u>**

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| 1. Today, February 5, 2026, I again asked Oaktree for a temporary pause on the second mortgage. Defendants' counsel | **Fed R. Evid. 402 and 403** (irrelevant)<br><br>**<u>Misstates the unattached</u>** | ☐ Sustained<br>☐ Overruled |

BUCHALTER LLP
IRVINE

BUCHALTER 108030676v1                                  1
**DEFENDANT OAKTREE FUNDING CORP'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE AND (PROPOSED) ORDER**

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| refused again. | **document:** Oaktree's Deed of Trust is in no less than a third position. It is not in second position. | |
| 2. I cannot skip the Oaktree payment-that would permanently harm my innocent coborrower's credit. That is not an option. | **Fed R. Evid. 402 and 403** (irrelevant/speculative)<br><br>**Fed R. Evid. 602 and 901**(lack of foundation/personal knowledge)<br><br>**Fed R. Evid. 701** (improper opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) | ☐ Sustained<br>☐ Overruled |
| 3. Without an immediate court injunction I am therefore forced to either:<br>• skip the senior mortgage payment (risk immediate foreclosure), and<br>• list and sell my irreplaceable home under duress. | **Fed R. Evid. 402 and 403** (irrelevant/speculative)<br><br>**Fed R. Evid. 701** (improper opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion)<br><br>**Fed R. Evid. 901**(lack of foundation) | ☐ Sustained<br>☐ Overruled |
| 4. The ongoing pressure caused by Defendants' counsel's repeated refusals has already caused the following specific harms:<br>• severe night sweats<br>• body odor (stress-related only)<br>• I fell due to loss of caretaker support and tore my rotator cuff | **Fed R. Evid. 402 and 403** (irrelevant/speculative)<br><br>**Fed R. Evid. 701** (improper opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion)<br><br>**Fed R. Evid. 901**(lack of | ☐ Sustained<br>☐ Overruled |

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| (MRI report is in the binder)<br>• and am now forced to take narcotics<br>• I had to discontinue two non-narcotic pain medications and the therapies that kept me out of a wheelchair<br>• colitis flare<br>• prescription of anti-anxiety medication specifically to manage anxiety caused by Defendants' counsel's conduct | foundation) | |
| 5. These harms are accelerating daily and are irreparable. | **Fed R. Evid. 402 and 403** (irrelevant/speculative)<br><br>**Fed R. Evid. 701** (improper opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion)<br><br>**Fed R. Evid. 901** (lack of foundation) | ☐ Sustained<br>☐ Overruled |

**IT IS SO ORDERED.**

Dated: February __, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge