FILED
CLERK, U.S. DISTRICT COURT
2/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

1  **UNITED STATES DISTRICT COURT**

2  **CENTRAL DISTRICT OF CALIFORNIA**

3

   AUDREY B. LITTLE,                    Case No. 5:26-cv-00402-MEMF
                                                      (MBKx)
4  Plaintiff,

5  v.

6  OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET

7  COMPANIES, INC.; and DOES 1-50, inclusive

8  Defendants.

9

10  **NOTICE OF LODGING SELECTED EXCERPTS (GATEKEEPER**

11  **FAILURE; EARLY NOTICE; COUNSEL KNOWLEDGE;**

12  **MEDICAL/CARE IMPACT)**

13

14  Plaintiff Audrey B. Little, appearing pro se, respectfully lodges a limited set of

15  excerpts to assist the Court in evaluating Plaintiff's request for narrow TRO/status-

16  quo relief and to highlight the most probative evidence without requiring the Court

17  to search the full exhibit binder and email compilations. The lodged excerpts focus

18  on: (i) the binding lien-priority condition and gatekeeper safeguards (title diligence

19  and QC); (ii) early notice and counsel coordination regarding SAC/TRO posture;

and (iii) objective records supporting irreparable harm (caregiving loss and medical impacts).

Lodged Materials (attached as a single combined PDF titled: Selected_Excerpts_Key_Emails_Medical_UW_Title.pdf):

1. 1. Exhibit A (Specific Closing Instruction: must record in 2nd lien position on or prior to disbursement) — Source: Exhibit_Binder_v14_Bookmarked.pdf; Page(s): 11.
2. 2. Exhibit B (Stale Preliminary Title Report dated 10/15/2024 - facially stale) — Source: Exhibit_Binder_v14_Bookmarked.pdf; Page(s): 47.
3. 3. Exhibit C (Underwriting/QC conditions showing FICO/DTI/CLTV limits and reliance on title conditions) — Source: Exhibit_Binder_v14_Bookmarked.pdf; Page(s): 98.
4. 4. Exhibit D (Loss of caregiving evidence - Rosario Sandoval payment/activity history) — Source: Exhibit_Binder_v14_Bookmarked.pdf; Page(s): 141.
5. 5. Exhibit E (Medical impact / treatment disruption evidence section start) — Source: Exhibit_Binder_v14_Bookmarked.pdf; Page(s): 143-146.
6. 6. Exhibit F (Jan. 23, 2026 meet-and-confer / stipulation request to Goldstein re SAC; copying Rocket counsel) — Source: Exhibit_Binder_v14_Bookmarked.pdf; Page(s): 384.

7. 7. Exhibit G (Jan. 23, 2026 redlined FAC provided to Goldstein; copying Rocket counsel) — Source: Exhibit_Binder_v14_Bookmarked.pdf; Page(s): 387.

8. 8. Exhibit H (Dec. 8, 2025 early notice email re TRO/SAC posture to Teague; Goldstein copied) — Source: jason g emails.pdf; Page(s): 1.

9. 9. Exhibit I (Jan. 5, 2026 email identifying Zeeshan Iqbal as Rocket Close/Rocket Companies counsel) — Source: jason g emails.pdf; Page(s): 195.

10. 10. Exhibit J (Robert Teague LinkedIn: SVP-Director of Compliance & General Counsel, Oaktree Funding Corp.) — Source: (16) Robert Teague _ LinkedIn.pdf; Page(s): 1.

These excerpts demonstrate, among other things: (a) the Specific Closing Instructions required the loan to record in second lien position on or prior to disbursement; (b) the title materials in the file include a facially stale preliminary title report (10/15/2024) and underwriting/QC conditions tied to lien position and CLTV limits; (c) Plaintiff requested a meet-and-confer and stipulation on January 23, 2026 so all parties could respond to the same operative SAC, and copied Rocket's counsel; and (d) the record contains objective evidence of disability, loss of caregiving hours, and medical impacts relevant to irreparable harm.

DATED: February 10, 2026

Respectfully submitted,

1  /s/ Audrey B. Little

2  AUDREY B. LITTLE

3  Plaintiff Pro Se