FILED
CLERK, U.S. DISTRICT COURT
2/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUDREY B. LITTLE, | Case No. 5:26-cv-00402-MEMF (MBKx) |
| Plaintiff, | |
| v. | |
| OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1-50, inclusive | |
| Defendants. | |

**APPENDIX A: DTI VS. CLTV - TITLE GATEKEEPER FAILURE (FOR TRO/STATUS-QUO RELIEF)**

This Appendix summarizes the narrow underwriting and gatekeeper point relevant to the Court's TRO/status-quo analysis:

- DTI would not change: The family obligation required no monthly payment. Adding a $0 monthly payment does not increase debt-to-income ratio (DTI).
- CLTV would disqualify: If a current title report/bring-down had been run near closing/disbursement and the family lien appeared on title, combined loan-to-

value (CLTV) would have increased beyond the program limit and Plaintiff would not have qualified for the loan at all.

- This is why title/escrow safeguards were dispositive: The transaction was conditioned on correct lien priority and current title verification; those safeguards exist precisely to prevent funding when required lien position/CLTV conditions cannot be met.
- Defendants' own underwriting/QC conditions reflect DTI and CLTV thresholds: See Exhibit Binder v14 at p. 98 (MAX DTI / MAX CLTV conditions).
- The title materials in the file were facially stale: See Exhibit Binder v14 at p. 47 (Preliminary Title Report dated 10/15/2024). A current bring-down near funding would have revealed recorded encumbrances affecting CLTV/lien priority.
- Closing instructions required second position on or before disbursement: See Exhibit Binder v14 at p. 11 (Specific Closing Instruction requiring recordation in 2nd lien position on or prior to disbursement).
- Accordingly, Defendants' post hoc concealment narrative is not dispositive for interim relief: the dispositive gatekeeper question is whether current title and lien-priority conditions were verified before funding/disbursement.

DATED: February 10, 2026

/s/ Audrey B. Little

1	AUDREY B. LITTLE, Plaintiff Pro Se