FILED
CLERK, U.S. DISTRICT COURT
2/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AUDREY B. LITTLE,** | Case No. 5:26-cv-00402-MEMF (MBKx) |
| Plaintiff, | |
| v. | |
| OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1-50, inclusive | |
| Defendants. | |

**PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE TRO AND STATUS-QUO RELIEF**

Plaintiff Audrey B. Little, appearing pro se, respectfully submits this Reply in support of her Ex Parte Application for Temporary Restraining Order (TRO) and request for temporary status-quo relief.

Plaintiff received Defendants' opposition by email late in the evening and worked through the night to address the most urgent issues so the Court can decide the TRO in time to prevent permanent harm. Plaintiff can be contacted for any clarification.

## I. ESCROW AND TITLE SAFEGUARDS

This case concerns whether escrow and title safeguards were followed. Escrow instructions are a binding contract and required the loan to record in second lien position on or prior to disbursement.

## II. DTI VS. CLTV

The family obligation required no monthly payment. Listing a zero-dollar payment would not change DTI. If a current title report had been run, CLTV would have exceeded program limits and Plaintiff would not have qualified.

## III. IRREPARABLE HARM

Absent a short TRO or status-quo order, Plaintiff faces irreversible harm including forced sale of her home and a forced physical move from disability-adapted housing.

## IV. BOND

Plaintiff requests waiver of bond. If the Court requires a bond, Plaintiff can post a nominal bond not to exceed $500.

DATED: February 10, 2026

/s/ Audrey B. Little

AUDREY B. LITTLE

Plaintiff Pro Se