```
                                FILED
                          CLERK, U.S. DISTRICT COURT

                              2/10/2026

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY      asi       DEPUTY
                          DOCUMENT SUBMITTED THROUGH THE
                          ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AUDREY B. LITTLE,** | Case No. 5:26-cv-00402-MEMF (MBKx) |
| Plaintiff, | |
| v. | |
| OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1–50, inclusive | |
| Defendants. | |

**COVER PAGE – SELECTED EXHIBITS**

Plaintiff submits the attached Selected Exhibits in support of her Ex Parte Application for Temporary Restraining Order and Status-Quo Relief. These exhibits are excerpted from the larger Exhibit Binder previously lodged and are provided to direct the Court to the most probative written communications and records relevant to early notice, gatekeeper failure, underwriting criteria, medical and caregiving impacts, and irreparable harm.

DATED: February 10, 2026

/s/ Audrey B. Little

AUDREY B. LITTLE

Plaintiff Pro Se

**From:** Audrey Little audreylittle458@gmail.com
**Subject:** inal Opportunity to Resolve Before Filing Second Amended Complaint & TRO Today (Deadline 1:30 PM PST)
**Date:** December 8, 2025 at 10:54 AM
**To:** Olivier J. Labarre olabarre@wrightlegal.net, Iqbal, Zeeshan ZIqbal@hinshawlaw.com, Heather Moldovan HeatherMoldovan@rocketclose.com, generalcounsel@rocketcompanies.com, legal@rocketcompanies.com, Varun Krishna Varun@rocket.com
**Cc:** Goldstein Jason E. jgoldstein@buchalter.com, Teague Robert rteague@oaktreefunding.com

**Subject:** Final Opportunity to Resolve Before Filing Second Amended Complaint & TRO Today (Deadline 1:30 PM PST)

**Date:** December 8, 2025

**To:**
Olivier J. Labarre, Esq.
Zeeshan Iqbal, Esq.
General Counsel – Rocket Companies, Inc.
Heather Moldovan, COO – Rocket Close LLC

**CC:**
Jason E. Goldstein, Esq.
Robert R. Teague, Esq.
MyLoanServicer.com
Self-copy

Dear Counsel and Rocket Executives,

I am writing to offer Rocket **one final opportunity** to resolve this matter voluntarily **before 1:30 p.m. PST today**, at which time I will file both my **Second Amended Complaint** and **Ex Parte Application for Temporary Restraining Order**.

As you know, my background is in **operations, information systems, and large-scale organizational process improvement**. My firm specializes in preventing the type of cascading operational failures that occurred in my refinance transaction and that I am now witnessing again in Rocket's legal response structure.

When I first attempted to settle this matter months ago, **my losses were approximately $62,000**. Rocket declined to engage. As of today, **my documented damages total $528,500**—an escalation of nearly **1,000%**, caused solely by Rocket's failure to acknowledge or address the underlying defect. This expansion of harm was entirely preventable.

At one point, I offered to resolve **all claims— including Oaktree's exposure and Rocket's operational failures — for under $500,000 total.** I was told, "**my client's position has not changed**." That response was a direct consequence of Rocket's siloed internal structure and the lack of cross-functional oversight that has defined this entire experience.

> **This situation has significantly disrupted my ability to work, manage my health, support my family, and maintain stability. Months of uncertainty, lack of information, and continued enforcement of a structurally invalid loan forced me to devote 12–16 hours a day to understanding a problem Rocket created and refused to explain. These are not abstract harms; they are documented, consequential disruptions that were fully avoidable had Rocket acted responsibly.**

**FLexhibits a thru j with denial .pdf** 

On Dec 11, 2025, at 10:46 AM, Audrey Little <audreylittle@icloud.com> wrote:

Click to Download
exhibits a thru j.pdf
155.1 MB

Sorry

On Dec 11, 2025, at 10:03 AM, Audrey Little <audreylittle458@gmail.com> wrote:

**SUBJECT:** Courtesy Copy – Filed Ex Parte Application for Temporary Restraining Order (Little v. Rocket Title, et al.)

**BODY:**

Zeeshan and Jason,

As a courtesy, I am providing you with copies of the documents I have submitted today for filing with the Riverside Superior Court in Case No. CVPS2508295 (Little v. Rocket Title Insurance Company, et al.).

Attached:

1. Plaintiff's Ex Parte Application for Temporary Restraining Order; OSC re Preliminary Injunction; Request for Order Shortening Time; and Request for Leave to File SAC
2. [Proposed] Temporary Restraining Order (PDF)
3. [Proposed] Temporary Restraining Order (Word version)
4. Exhibit Binder (Exhibits A–J)
5. Proof of Service – Email Service on Rocket Title (LeBarre)

These are provided for courtesy notice only.
Formal service for the TRO package has been executed on Rocket Title Insurance Company through its agent for service of process, Olivier LeBarre.

Regards,
**Audrey Little**
Plaintiff in Pro Per
Phone: (310) 283-4448
Email: Audrey.Little458@gmail.com

**From:** Audrey Little audreylittle458@gmail.com
**Subject:** Mediation
**Date:** January 5, 2026 at 1:40 PM
**To:** Jason E. Goldstein jgoldstein@buchalter.com
**Cc:** Audrey Little audreylittle458@gmail.com, Zeeshan Iqbal ZIqbal@hinshawlaw.com

Hi Jason,

Zeeshan is the attorney for Rocket Close and Companies. Would you / Oaktree be willing to attend a mediation with them and me regarding this case?. I am hoping it would lead to a much faster resolution.

Regards,

Audrey Little
audreylittle458@gmail.com

# EXHIBIT V-6

**FAC Redline Provided to Oaktree (Notice of Material Changes)**

Attached document follows.

**From:** Audrey Little audreylittle@icloud.com
**Subject:** Redlined version of FAC
**Date:** January 23, 2026 at 1:57 PM
**To:** Goldstein, Jason E. jgoldstein@buchalter.com
**Cc:** Audrey Little audreylittle@icloud.com, Iqbal, Zeeshan ZIqbal@hinshawlaw.com



For your reference I have included a redlined version of the FAC.  As you can see the entire complaint has been modified.  This is largely due to the fact that when I submitted the first complaint I had not received any evidence from any parties in the case including oak tree.  I received 99% of yours on December 10, 2025 and one piece November 19, 2025.  The SAC is written based on the evidence I have been able to obtain since the FAC.   Even if some things remained they are not in the same place or substantively changed.



**FAC_Redline_Deletions Only.pdf**
145 KB