FILED
CLERK, U.S. DISTRICT COURT
2/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AUDREY B. LITTLE,

Plaintiff,

v.

OAKTREE FUNDING

CORPORATION; ROCKET CLOSE,

LLC; ROCKET COMPANIES, INC.;

and DOES 1–50, inclusive,

Defendants.

Case No. 5:26-cv-00402-MEMF

(MBKx)

EXHIBIT K

CHRONOLOGY OF RECORD EVIDENCE (FOR COURT'S CONVENIENCE)

Plaintiff provides the following chronology solely to assist the Court in locating specific record excerpts referenced in Plaintiff's Reply and declarations. The table identifies the issue addressed, the contemporaneous documentary evidence, and the corresponding exhibit/page citations in the lodged materials.

| Issue raised in Opposition/Declaration | Record evidence (date/time; subject; recipients) | Exhibit / page |
|---|---|---|
| Notice of TRO/SAC | Dec. 8, 2025 email to | Selected Excerpts, Ex. H |

| posture | Goldstein and Teague with subject referencing TRO/SAC posture (early notice). | (p. 1) |
|---|---|---|
| Operative claims / RESPA posture | Jan. 23, 2026 email to Goldstein providing a redlined complaint reflecting removal of federal RESPA claim before removal. | Exhibit Binder excerpt, Ex. G (p. 387) |
| Plaintiff disability/medical impacts | Underwriting/QC materials reflecting lender verification of disability income and reliance on underwriting/title conditions. | Appendix A / Ex. Binder p. 98 |
| DTI vs. CLTV / DTI impact | Where the obligation is $0/month, the impact on DTI is mathematically zero; lien/CLTV effects are addressed through title/recording safeguards and lien-position requirements. | Appendix A |
| Lender/title "gatekeeper" requirements | Specific closing/underwriting conditions requiring verification of lien position prior to disbursement (supports narrow, time-limited status-quo relief). | Selected Excerpts / Exhibit Binder (cite page if included) |

DATED: February 10, 2026

Respectfully submitted,

/s/ Audrey B. Little

AUDREY B. LITTLE

Plaintiff Pro Se