LODGED
CLERK, U.S. DISTRICT COURT
2/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY   asi   DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUDREY B. LITTLE, | Case No. 5:26-cv-00402-MEMF (MBKx) |
| Plaintiff, | |
| v. | |
| OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1–50, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

The Court, having considered Plaintiff's Ex Parte Application for Temporary Restraining Order and Order Shortening Time, the supporting declarations and exhibits, Defendants' opposition, Plaintiff's reply, and the entire record herein, finds as follows:

1. Plaintiff has shown a likelihood of success on the merits of her claims.

2. Plaintiff has demonstrated immediate and irreparable harm absent injunctive relief.

3. The balance of equities tips in Plaintiff's favor.

4. The public interest favors issuance of the requested relief.

5. Good cause exists for an order shortening time.

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are immediately TEMPORARILY RESTRAINED from taking any of the actions below against Plaintiff Audrey B. Little, co-borrower Jacob (Jake) Little, and/or the subject property:

    a. Conducting any trustee's sale, foreclosure sale, or title transfer of the subject property;

    b. Recording any notice of trustee's sale, trustee's deed, or other foreclosure document;

    c. Taking any steps to accelerate, enforce, or collect on the loan (including imposition of default/late fees, collection activity, or coercive enforcement);

    d. Furnishing, updating, or verifying any adverse credit information as to Plaintiff Audrey B. Little or co-borrower Jacob (Jake) Little relating to the loan during the pendency of this Order, or alternatively requiring any such reporting to be marked 'DISPUTED' and prohibiting new delinquency/default codes.

2. Plaintiff's request for waiver of bond or nominal bond (≤ $500) is GRANTED.

3. The hearing on the Order to Show Cause why a preliminary injunction should not issue through final adjudication or recorded cure is SET for _____, 2026 at _____ a.m./p.m. in Courtroom ___ of the above-entitled Court.

4. Plaintiff's request for expedited determination of remand and related fees/costs is TAKEN UNDER SUBMISSION for consideration at the preliminary-injunction hearing.

This Temporary Restraining Order shall remain in full force and effect until the hearing on the Order to Show Cause or further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge