FILED
CLERK, U.S. DISTRICT COURT
2/11/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi   DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AUDREY B. LITTLE,
Plaintiff,

v.

OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1–50, inclusive,
Defendants.

Case No. 5:26-cv-00402-MEMF (MBKx)

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL EXHIBIT EXCERPTS IN SUPPORT OF PENDING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Plaintiff Audrey B. Little, appearing pro se, respectfully submits this Notice to provide the Court with a limited set of key excerpt pages for the Court's convenience in ruling on Plaintiff's pending Ex Parte Application for Temporary Restraining Order (filed January 30, 2026; briefing completed February 10, 2026).

The supplemental exhibits consist of five (5) pages excerpted from materials previously lodged/served (including Plaintiff's Exhibit Binder v14 and the recorded Deed of Trust). These excerpts are provided solely to organize the most probative record evidence concerning (i) the timing of disbursement versus recordation, and (ii) Defendants' own closing/underwriting conditions requiring the loan to record in second-lien position on or prior to disbursement.

In particular, the excerpts reflect: (1) disbursement on July 14, 2025; (2) recordation on July 15, 2025; (3) an express instruction that the deed of trust must record in 2nd lien position on or prior to disbursement; (4) underwriting/QC conditions premised on second-lien status and CLTV limits; and (5) title policy effective-date language tying coverage to the later of the policy date or recording of the insured mortgage.

No new arguments are presented by this Notice. Plaintiff also notes that the proposed order previously submitted in Word format reflects the preferred form naming co-borrower Jacob (Jake) Little.

DATED: February 11, 2026

/s/ Audrey B. Little
AUDREY B. LITTLE
Plaintiff Pro Se

DOC # 2025-0214839
07/15/2025 08:20 AM Fees: $84.00
Page 1 of 21
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted to the County of Riverside for recording**
Receipted by: NORMA #248

RECORDING REQUESTED BY:

Rocket Close and Title, Inc (the 'Settlement Agent')

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME: Settlement Agent ATTN: Recording
STREET ADDRESS: 662 Woodward Ave
CITY, STATE & ZIP CODE: Detroit, MI 48226

SPACE ABOVE FOR RECORDER'S USE ONLY

## DEED OF TRUST

Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from the fee per GC 27388.1 (a) (2); This document is subject to Documentary Transfer Tax

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☑ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)



June 24, 2025 through July 22, 2025
Primary Account: 000000818985381

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/07 | Remote Online Deposit          1 | 120.00 | 2,430.49 |
| 07/07 | Unitedhealthcare Premium     781482043821    Tel ID: 1836282001 | -544.24 | 1,886.25 |
| 07/07 | Unitedhcmedicare Medinspymt 000001321677779 Tel ID: 9000447048 | -115.40 | 1,770.85 |
| 07/07 | Zelle Payment To Ericpagelyahoo.Com Pagel Jpm99Bek5Ru3 | -1,041.67 | 729.18 |
| 07/07 | 07/04 Payment To Chase Card Ending IN 8129 | -300.00 | 429.18 |
| 07/07 | 07/06 Payment To Chase Card Ending IN 8129 | -100.00 | 329.18 |
| 07/07 | 07/06 Payment To Chase Card Ending IN 8129 | -190.00 | 139.18 |
| 07/07 | Affirm Inc      Affirm Pay 4428065      Web ID: 0000317218 | -275.48 | -136.30 |
| 07/07 | Affirm Inc      Affirm Pay 4780332      Web ID: 0000317218 | -80.07 | -216.37 |
| 07/07 | Bloomingdales   Auto Pymt  721716665280274 Web ID: Citiautfdr | -54.53 | -270.90 |
| 07/07 | Paypal         Inst Xfer  Instacart    Web ID: Paypalsi77 | -41.70 | -312.60 |
| 07/07 | Paypal         Inst Xfer  Instacart    Web ID: Paypalsi77 | -23.52 | -336.12 |
| 07/07 | Paypal         Inst Xfer  Adobe Inc Adobe Web ID: Paypalsi77 | -12.99 | -349.11 |
| 07/08 | Zelle Payment From Lance Betson Wfct0Yzvjr59 | 2,000.00 | 1,650.89 |
| 07/08 | 360 Sheffield Fi Trans Pmt           PPD ID: 1561771532 | -390.47 | 1,260.42 |
| 07/08 | Ebay Comwrxgt9B9 Payments   4Vbdfmirqgpom20 Web ID: 1395398000 | -191.25 | 1,069.17 |
| 07/08 | Griffin Ranch Ho L7709420         PPD ID: 1711041244 | -590.00 | 479.17 |
| 07/08 | Paypal         Inst Xfer  Flexjobs    Web ID: Paypalsi77 | -2.95 | 476.22 |
| 07/08 | Card Purchase With Pin  07/08 Homegoods 44439 Town C Palm Desert CA Card 6892 | -101.04 | 375.18 |
| 07/09 | Broadspire Svcs  Claimpmt   6710046536    CCD ID: B363917295 | 10,630.00 | 11,005.18 |
| 07/09 | Paypal         Inst Xfer  Google Google_Y Web ID: Paypalsi77 | -149.95 | 10,855.23 |
| 07/09 | Paypal         Inst Xfer  Instantink   Web ID: Paypalsi77 | -8.69 | 10,846.54 |
| 07/10 | Card Purchase         07/08 Hobby-Lobby #709 Rancho Mirage CA Card 6892 | -15.02 | 10,831.52 |
| 07/10 | Ally Home Loans  Loan Paymt 7123095684    Web ID: 9Drafting | -6,587.64 | 4,243.88 |
| 07/10 | Imp Irrig Dist   Power Bill         PPD ID: 9960038000 | -955.39 | 3,288.49 |
| 07/10 | Frontier Communi Bill Pay    21139369821    Tel ID: 7529252911 | -200.00 | 3,088.49 |
| 07/10 | Select Portfolio Sps      0031420235    Web ID: 1870465626 | -3,022.81 | 65.68 |
| 07/11 | Recurring Card Purchase 07/11 Hudforeclosed.Com 877-5038719 CA Card 6892 | -49.60 | 16.08 |
| 07/11 | Paypal         Inst Xfer  Apple.Com Bill Web ID: Paypalsi77 | -106.98 | -90.90 |
| 07/11 | Paypal         Inst Xfer  Apple.Com Bill Web ID: Paypalsi77 | -37.95 | -128.85 |
| 07/11 | Affirm Inc      Affirm Pay 6853746      Web ID: 0000317218 | -17.94 | -146.79 |
| 07/14 | Card Purchase Return    07/10 Hobby-Lobby #709 Rancho Mirage CA Card 6892 | 4.30 | -142.49 |
| 07/14 | Real Time Transfer Recd From Aba/Contr Bnk-072000326  From: Bnf-Amrock Ref: 746429 Info: Text-Rmtinf-Loan Proceeds Audrey Beth Little Id: 20250714021000021P1Brjpc01440268995 Recd: 18:27:50 Trn: 1223962195Gc Bref: 2579A0A1-C0C6-4E23-Be12-8Cb259C708A | 85,790.31 | 85,647.82 |
| 07/14 | Zelle Payment From Rosalina Ramirez 25484359608 | 2,000.00 | 87,647.82 |
| 07/14 | Affirm Inc      Affirm Pay 7319217      Web ID: 0000317218 | -101.86 | 87,545.96 |
| 07/14 | Card Purchase         07/14 Sp+Aff * Snuggle ME O 855-423-3729 CA Card 6892 | -35.66 | 87,510.30 |
| 07/14 | Affirm Inc      Affirm Pay 7841309      Web ID: 0000317218 | -192.42 | 87,317.88 |
| 07/14 | Aqua Finance Inc Billpay           PPD ID: 1391615890 | -83.65 | 87,234.23 |
| 07/14 | Zelle Payment To Rosalina Ramirez 25483779585 | -2,685.00 | 84,549.23 |
| 07/14 | Zelle Payment To Rosario Sandoval Jpm99Bfqnm7U | -750.00 | 83,799.23 |
| 07/14 | Affirm Inc      Affirm Pay 7966272      Web ID: 0000317218 | -210.65 | 83,588.58 |
| 07/15 | Remote Online Deposit          1 | 1,690.41 | 85,278.99 |
| 07/15 | Manual CR-Bkrg | 8,000.00 | 93,278.99 |
| 07/15 | Online Transfer From Sav ...3716 Transaction#: 25494185710 | 4,000.00 | 97,278.99 |
| 07/15 | Zelle Payment From Rosalina Ramirez 25490370727 | 685.00 | 97,963.99 |

1. THIS LOAN MUST RECORD IN 2ND LIEN POSITION ON OR PRIOR TO THE DISBURSEMENT DATE NOTED ABOVE. PROVIDE DUPLICATE ORIGINALS OF THE ALTA TITLE POLICY

2. Vesting to read: AUDREY BETH LITTLE, AN UNMARRIED WOMAN AND JACOB LITTLE, AN UNMARRIED MAN, AS JOINT TENANTS WITH FULL RIGHTS OF SURVIVORSHIP

3. Title Policy must contain the following endorsements (or their equivalents): 8.1, 9, 5

4. ALTA Title Policy must be free from liens, encumbrances, easements, encroachments and other title matters except (i) the lien of our loan… (ALL TAXES TO BE PAID CURRENT) … and (iv) the following items as shown on the preliminary title report dated May 8, 2025

SECONDARY FINANCING:

Secondary financing in the amount of $ NONE has been approved.

ESTIMATE OF FEES AND COSTS:

| ITEM | AMOUNT | POC | PAID BY |
|---|---|---|---|
| Document Prep fee to: Oaktree Funding Corp | 195.00 | | Borrower |
| Underwriting fee to: Oaktree Funding Corp | 695.00 | | Borrower |
| Appraisal fees to: AMC Direct Corporation | 900.00 | | Borrower |
| Appraisal Review Fee to: Clear Capital | 120.00 | | Borrower |
| TITLE - Lender's title insurance to: Amrock | 575.00 | | Borrower |
| TITLE - Settlement Fee to: Amrock Title | 475.00 | | Borrower |
| Mortgage recording fee to: Other | 256.00 | | Borrower |
| Originator compensation to: Adaxa, LLC | 14,331.60 | | Borrower |
| TITLE - Tax Certificate fee to: Amrock | 25.00 | | Borrower |
| Deed Prep Fee to: RR MICHIGAN, LLC | 95.00 | | Borrower |



## APPROVAL CERTIFICATE

| | | | |
|---|---|---|---|
| **July 07, 2025 6:40 PM PDT** | | **Ref #: 22025050036** | |
| Oaktree Funding Corp | | Audrey Beth Little | |
| 3133 W Frye Road, Suite 205 | | 81439 Merv Griffin Way | |
| Chandler, AZ 85226 | | La Quinta, CA 92253 | |

This mortgage loan has been approved on behalf of the above noted client with the following terms and conditions.

| | | | |
|---|---|---|---|
| **Loan Number** | 22025050036 | **AU Response** | None/Not Submitted |
| **Approval Date** | 7/2/2025 | **Approval Exp Date** | |
| | | **Rate Lock Expiration** | 7/11/2025 |
| **Loan Information** | | | |
| **Loan Amount** | $716,580.00 | **Loan Purpose** | Refinance Cash-out |
| **Total Loan Amount** | $716,580.00 | **Cashout Amount** | $100,000.00 |
| **Mortgage Insurance** | No MI | **Impound?** | No escrow |
| **Upfront MIP Fee Financed** | $0.00 | **Term / Due** | 360 / 360 Months |
| **Note Rate** | 9.625% | **Loan Program** | 30 YR FIXED 2ND LIEN OO/2ND EQUITY ADVANTAGE |
| **Max DTI / Rate** | 50.000% / 9.067% | **Payment Type** | Principal & Interest |
| **LTV / CLTV / HCLTV** | 25.144% / 69.809% / | **Documentation** | Full Document |
| **Collateral** | | | |
| **Home Value** | $2,850,000.00 | **Property Type** | PUD |
| **Appraised Value** | $2,850,000.00 | **Property Purpose** | Primary Residence |
| **Appraisal Exp Date** | | **Asset Exp Date** | |
| **Income** | | | |
| **Monthly Income** | $40,847.17 | **Principal & Interest** | $6,090.85 |
| **Income Doc Exp Date** | | **Ratios** | 33.634% / 49.640% |
| **Credit** | | | |
| **Qualifying Score** | 689 | **Credit Exp Date** | |
| **LQI Credit Exp Date** | | | |
| **Preliminary Title Report** | | | |
| **Prelim Document Date** | | **Prelim Title Exp Date** | |
| **Loan Officer** | | | |
| **Contact** | Adam Jorgensen | **Phone** | (402) 525-3079 |
| **E-mail** | ajorgensen@adaxahome.com | **Fax** | |
| **Broker Name** | Adaxa, LLC | | |
| **Processor (External)** | | | |
| **Contact** | Ashley Garcia | **Phone** | (831) 212-2483 |
| **E-mail** | agarcia@adaxahome.com | **Fax** | |
| **Broker Name** | Adaxa, LLC | | |
| **Processor** | | | |
| **Contact** | Kale Allred | **Phone** | (480) 800-3800 |
| **E-mail** | kallred@oaktreefunding.com | **Fax** | |
| **Account Executive** | | | |
| **Contact** | Adam Martin | **Phone** | (480) 800-3800 |
| **E-mail** | akmartin@oaktreefunding.com | **Fax** | |

![Rocket Title Insurance Company]

**ALTA SHORT FORM RESIDENTIAL LOAN POLICY—
ASSESSMENTS PRIORITY ONE-TO-FOUR FAMILY
issued by
ROCKET TITLE INSURANCE COMPANY**

**Transaction Identification Data, for which the Company assumes no liability as set forth in Condition 9.e.:**
Issuing Agent: Rocket Close and Title, Inc
Issuing Office: 17785 Center Court Dr. N., Suite 760, Cerritos, CA 90703
Issuing Office's ALTA® Registry ID: 1066048
Loan ID Number: 22025050036
Issuing Office File Number: 74346744
Property Address: 81439 Merv Griffin Way, La Quinta, CA 92253 8084

# SCHEDULE A

Name and Address of Title Insurance Company:   Rocket Title Insurance Company
                                                5910 No. Central Expressway, Suite 1445, Dallas, TX 75206

Policy Number:  RTLSCA-104615
Amount of Insurance:  $716,580.00          Premium:  $575.00
Mortgage Amount:  $716,580.00              Mortgage Date:  7/9/2025
Date of Policy:  07/09/2025
                 or the date of recording of the insured
                 mortgage, whichever is later
Property Address:   81439 Merv Griffin Way, La Quinta, CA 92253 8084
County and State:   Riverside, CA

1. Name of Insured:        Oaktree Funding Corporation its successors and/or assigns

2. Name of Borrower(s):    Audrey Beth Little, an unmarried person and Jacob Little, a single man, Joint Tenants
                           with Rights of Survivorship

3. The estate or interest in the Land identified in this Schedule A and which is encumbered by the Insured Mortgage is Fee Simple and is, at the Date of Policy, vested in the Borrower(s) identified in the Insured Mortgage and named above.

4. The Land referred to in this policy is described as set forth in the Insured Mortgage.

5. This policy consists of 6 page(s), unless an addendum is attached and indicated below:

    ☒    Addendum attached

6. This policy incorporates by reference the endorsements selected below, if any, adopted by the American Land Title Association as of the Date of Policy:

    ☐    ALTA 4 Condominium—Assessments Priority endorsement
    ☒    ALTA 5 Planned Unit Development—Assessments Priority endorsement
    ☐    ALTA 6 Variable Rate Mortgage endorsement, if the Insured Mortgage contains provisions which provide for an adjustable interest rate

Copyright 2021 American Land Title Association. All rights reserved.
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.
Form Name: 9913012412                           Page 1 of 6
