FILED
CLERK, U.S. DISTRICT COURT
2/11/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE, | Case No. 5:26-cv-00402-MEMF (MBKx) |
| Plaintiff, | |
| v. | |
| OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1–50, inclusive, | |
| Defendants. | |

**NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Plaintiff Audrey B. Little, appearing pro se, hereby lodges the attached [Proposed] Order Granting Plaintiff's Emergency Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction (naming co-borrower Jacob (Jake) Little) in support of Plaintiff's pending Ex Parte Application for TRO/OSC.

This proposed order is lodged as an attachment to this Notice pursuant to L.R. 5-4.4.1 to address the Notice to Filer of Deficiencies entered February 11, 2026 regarding the previously filed proposed order (Dkt. 35).

DATED: February 11, 2026

Respectfully submitted,

/s/ Audrey B. Little
AUDREY B. LITTLE
Plaintiff Pro Se