1  Audrey B. Little
2  Address: (on file with the Court)
3  Telephone: (on file with the Court)
4  Email: (on file with the Court)
5  Plaintiff Pro Se
6
7  UNITED STATES DISTRICT COURT
8  CENTRAL DISTRICT OF CALIFORNIA
9
10 AUDREY B.
11 LITTLE, Plaintiff,
12 v.
13 OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET
14 COMPANIES, INC.; and DOES 1–50,
15 inclusive, Defendants.
16
17 Case No. 5:26-cv-00402-MEMF-MBK
18
19 [PROPOSED] ORDER RE STATUS-QUO RELIEF AND EXPEDITED
20 PRELIMINARY-INJUNCTION HEARING
21
22 Upon consideration of Plaintiff's Request for Status-Quo Order Pending
23 Preliminary-Injunction Hearing and/or Pending Ruling on Jurisdiction (Dkts. 4,
24 11, 13), and good cause appearing, IT IS HEREBY ORDERED:
25
26 1. Status quo. Defendants, their agents, and anyone acting in concert with them
27 are temporarily enjoined from taking any action to enforce, collect upon,
28 accelerate, or otherwise pursue adverse action based on the disputed Oaktree

*[LODGED stamp: CLERK, U.S. DISTRICT COURT, 02/09/2026, CENTRAL DISTRICT OF CALIFORNIA, BY AP DEPUTY, DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM]*

obligation, including initiating or advancing any foreclosure-related steps, and from furnishing new adverse credit reporting based on any alleged default on the disputed obligation, pending further order of this Court.

2. Duration. This temporary status-quo order shall remain in effect until the earliest available hearing on a preliminary injunction, and in any event pending the Court's rulings on Plaintiff's Motion to Remand (Dkt. 11) and Motion for Leave to File Second Amended Complaint (Dkt. 13), or until further order.

3. Expedited schedule. The Court sets an expedited schedule for preliminary-injunction briefing and hearing as follows: [to be set by the Court].

IT IS SO ORDERED.

Dated: _____


_____
HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge