1    Audrey B. Little

2    Address: (on file with the Court)

3    Telephone: (on file with the Court)

4    Email: (on file with the Court)

5    Plaintiff Pro Se

6

FILED

CLERK, U.S. DISTRICT COURT

02/09/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____AP_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

7    UNITED STATES DISTRICT COURT

8    CENTRAL DISTRICT OF CALIFORNIA

9

10   AUDREY B.

11   LITTLE, Plaintiff,

12   v.

13   OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET

14   COMPANIES, INC.; and DOES 1–50,

15   inclusive, Defendants.

16

17   Case No. 5:26-cv-00402-MEMF-MBK

18

19   PLAINTIFF'S REQUEST FOR STATUS-QUO ORDER

20   PENDING PRELIMINARY-INJUNCTION HEARING AND/OR PENDING

21   RULING ON JURISDICTION (DKTS. 4, 11, 13)

22

23   Plaintiff respectfully requests that the Court enter a narrow status-quo order

24   immediately and set an expedited hearing on preliminary injunctive relief.

25

26   1. Purpose. Plaintiff seeks only to preserve the status quo long enough for the

27   Court to decide (a) the pending TRO application (Dkt. 4) and (b) the

28   jurisdictional posture/remand and leave-to-amend posture (Dkts. 11 and 13), and

1   to allow the Court to schedule a preliminary-injunction hearing. Plaintiff's harm

2   is date-certain and imminent (February 10, 2026).

3

4   2. Requested interim relief (bridge). Plaintiff requests that the Court enter a

5   temporary status-quo order that remains in effect until the earliest available

6   preliminary-injunction hearing date, and in any event pending the Court's

7   rulings on Dkts. 11 and 13, or until further order.

8

9   3. Requested schedule. Plaintiff requests an expedited preliminary-injunction

10  schedule and hearing at the Court's earliest availability. If the Court determines

11  that it will remand, Plaintiff requests that the status-quo order remain in effect

12  for a short period sufficient for the Superior Court to calendar and hear the

13  already-noticed preliminary-injunction motion, or until further order.

14

15  This request is made based on the existing TRO record and the supplemental

16  EDSS filings submitted today regarding the February 10, 2026 deadline and

17  date-certain irreparable harm.

18

19  Dated: February 9, 2026

20

21  /s/ Audrey B. Little

22  AUDREY B. LITTLE

23  Plaintiff Pro Se

24

25  PROOF OF SERVICE

26

27  I am the plaintiff in this action and I am over the age of 18. On February 9,

28  2026, I submitted the foregoing document to the Court for filing through the

1    Central District of California's Electronic Document Submission

2    System (EDSS).

3

4    On the same date, I served a true and correct copy of the foregoing document on

5    counsel of record by email:

6

7    Jason E. Goldstein (Buchalter LLP) — jgoldstein@buchalter.com

8    Zeeshan Iqbal (Hinshaw & Culbertson LLP) — ZIqbal@hinshawlaw.com

9

10    Dated: February 9, 2026

11

12    /s/ Audrey B. Little

13    AUDREY B. LITTLE

14    Plaintiff Pro Se

15

16

17

18

19

20

21

22

23

24

25

26

27

28