BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com
       rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 5:26-cv-00402 MEMF (MBKx)<br><br>**DECLARATION OF JASON E. GOLDSTEIN IN SUPPORT OF DEFENDANT OAKTREE FUNDING CORP.'S OPPOSITION TO PLAINTIFF AUDREY B. LITTLE'S MOTION FOR REMAND**<br><br>[Opposition and Evidentiary Objections filed concurrently herewith]<br><br>Date: March 19, 2026<br>Time: 10:00 a.m.<br>Crtrm: 8(B) |

## DECLARATION OF JASON E. GOLDSTEIN

I, Jason E. Goldstein, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California, the State of Florida, all of the United States District Courts in California and the United States District Courts for the Southern and Middle Districts of Florida and the Northern District of New York. I am a Partner at the law firm of Buchalter LLP ("Buchalter"), counsel of record for Defendant Oaktree Funding Corp. ("Oaktree"), in the above-referenced action.

2. Oaktree's removal was proper in all respects. As stated in my previously filed declaration [Dkt. 23-2], Plaintiff Audrey B. Little's ("Plaintiff") operative First Amended Complaint contained federal claims for relief and Oaktree's removal was timely filed.

3. At the time of removal, I was not aware of who would be representing the Rocket escrow agent in the Plaintiff's litigation, although I did know attorney Zee Iqbal was to whom I was directed to tender a claim relative to the escrow. As I did not receive a formal response to my tender of claim on behalf of Oaktree from Mr. Iqbal, I did not know would represent the escrow agent in this litigation.

4. At the time of removal, the Rocket escrow agent had not appeared in this litigation. The only Defendant who had appeared was Rocket Title Insurance Company – who was dismissed on January 5, 2026.

5. In my experience with respect to title insurance and escrow claims, the attorney handling the claims process is not necessarily the attorney who handles the litigation.

6. In any event, the Rocket escrow agent has appeared in this action and requested relief from this Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 13, 2026, in Irvine, California.

                                          */s/ Jason E. Goldstein*
                                          JASON E. GOLDSTEIN