BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com
         rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>Plaintiff,<br><br>vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 5:26-cv-00402 MEMF (MBKx)<br><br>**DEFENDANT OAKTREE FUNDING CORP'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE [DKT. 19, P. 12-13] AND (PROPOSED) ORDER**<br><br>[Opposition, Declaration of Jason E. Goldstein and Evidentiary Objections filed concurrently herewith]<br><br>Date: March 19, 2026<br>Time: 10:00 a.m.<br>Crtrm: 8(B) |

Defendant Oaktree Funding Corp. ("Oaktree"), hereby submits its evidentiary objections to the Declaration of Plaintiff Audrey B. Little, submitted as Dkt. # 19, page 12-13, and proposed order:

**EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE**

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| 1. I am the Plaintiff in this action. I make this declaration from my own personal knowledge, and if called as a | **Fed R. Evid. 901**(lack of foundation) | ☐ Sustained<br>☐ Overruled |

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| witness I could and would testify competently to the facts stated herein. | **Fed R. Evid. 701** (improper opinion of lay witness) <br><br> **Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) | |
| 2. This declaration is provided to authenticate and describe the source of the documents submitted with my supplemental TRO materials. | **Fed R. Evid. 901**(lack of foundation) <br><br> **Fed R. Evid. 701** (improper opinion of lay witness) <br><br> **Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) | ☐ Sustained <br> ☐ Overruled |
| 3. The documents attached to my supplemental TRO materials are true and correct copies of records that I received from Defendants or their counsel, or that I obtained directly from third-party sources (such as my bank and the Riverside County Recorder) in the ordinary course of verifying the transaction history. | **Fed R. Evid. 901**(lack of foundation) <br><br> **Fed R. Evid. 701** (improper opinion of lay witness) <br><br> **Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) <br><br> **Fed R. Evid. 901**(lack of authentication) | ☐ Sustained <br> ☐ Overruled |
| 5. Documents received from Oaktree's counsel on November 19, 2025. On or about November 19, 2025, counsel for Defendant Oaktree Funding Corporation provided me with copies of a title insurance commitment and a title report that was not current as of the July 2025 closing. | **Fed R. Evid. 901**(lack of authentication) | ☐ Sustained <br> ☐ Overruled |
| 7. Documents received in the production described as a | **Fed R. Evid. 901**(lack of authentication) | ☐ Sustained |

BUCHALTER LLP
IRVINE

BUCHALTER 108113010v1

2

**DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE AND (PROPOSED) ORDER**

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| 'complete loan file' on December 10, 2025. On or about December 10, 2025, Defendant Oaktree provided a set of documents represented as a complete loan file. | | ☐ Overruled |
| 8. The production included, among other items, written claim materials relating to my September 10, 2025 title claim; the written denial dated October 24, 2025; a document represented as a title insurance policy (without a complete policy jacket); and underwriting materials. These items are maintained by me as received. | **Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 901**(lack of authentication) | ☐ Sustained<br>☐ Overruled |
| 9. Documents obtained from independent sources. I obtained additional records directly from independent sources, including my bank statement or transaction record reflecting receipt of the loan proceeds on July 14, 2025; and the Riverside County Recorder's recording confirmation reflecting that the Oaktree Deed of Trust recorded on July 15, 2025. | **Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 901**(lack of authentication) | ☐ Sustained<br>☐ Overruled |
| 10. I also obtained title/record information confirming the lien stack and the existence of prior liens recorded before the Oaktree Deed of Trust. | **Fed R. Evid. 802** (hearsay)<br><br>**Fed R. Evid. 901**(lack of foundation)<br><br>**Fed R. Evid. 901**(lack of authentication) | ☐ Sustained<br>☐ Overruled |
| 11. The attached exhibits are offered for the limited purpose of showing what the records state, and to establish the transaction and recording chronology. | **Fed R. Evid. 701** (improper opinion of lay witness)<br><br>**Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) | ☐ Sustained<br>☐ Overruled |

| Statement | Grounds for Objection | Ruling |
|---|---|---|
| | **Fed R. Evid. 802** (hearsay) <br><br> **Fed R. Evid. 901**(lack of foundation) <br><br> **Fed R. Evid. 901**(lack of authentication) | |
| 13. In my supplemental binder, I have labeled and organized the key documents for the Court's convenience. The exhibits attached to this declaration are the same documents described above and are true and correct copies. | **Fed R. Evid. 701** (improper opinion of lay witness) <br><br> **Fed R. Evid. 702-703** (improper/unqualified expert opinion/legal conclusion) <br><br> **Fed R. Evid. 802** (hearsay) <br><br> **Fed R. Evid. 901**(lack of foundation) <br><br> **Fed R. Evid. 901**(lack of authentication) | ☐ Sustained <br> ☐ Overruled |
| 14. For clarity, the key documents are labeled as Exhibits M through R and consist of closing/escrow instructions; disbursement proof; recording confirmation; title/record evidence of lien position; and the claim and denial correspondence. | **Fed R. Evid. 802** (hearsay) <br><br> **Fed R. Evid. 901**(lack of foundation) <br><br> **Fed R. Evid. 901**(lack of authentication) | ☐ Sustained <br> ☐ Overruled |

**IT IS SO ORDERED.**

Dated: February __, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge