LODGED
CLERK, U.S. DISTRICT COURT
2/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ___asi___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AUDREY LITTLE, Plaintiff (Pro Se),    **Case No. 5:26-cv-00402-MEMF (MBKx)**

v.

OAKTREE FUNDING CORPORATION;

ROCKET CLOSE, LLC;

ROCKET COMPANIES, INC.; and DOES 1–50, inclusive, Defendants.

## [PROPOSED] ORDER GRANTING LIMITED STATUS-QUO TEMPORARY RESTRAINING ORDER

The Court has considered Plaintiff's Ex Parte Application for Immediate Status-Quo Temporary Restraining Order and supporting declarations. Good cause appearing, IT IS HEREBY ORDERED:

1. Duration. This limited status-quo Temporary Restraining Order ("TRO") shall remain in effect until the Court conducts a Preliminary Injunction hearing or until further order of the Court.

2. No foreclosure / sale steps. Defendants and their agents shall take no steps to advance foreclosure or sale of the subject property, including but not limited to issuance or recording of notices, trustee-sale activity, lockout/eviction-related actions, or any other act that advances foreclosure/sale.

3. **No adverse credit reporting.** Defendants and their agents shall not furnish, initiate, or cause any adverse credit reporting related to the subject loan or alleged default during the duration of this TRO. For avoidance of doubt, this prohibition applies to any reporting or furnishing of adverse credit information concerning the subject loan as to any borrower or co-borrower, including Jake.

4. **No ACH/autopay withdrawals.** Defendants and their agents shall not initiate, attempt, or process ACH/autopay withdrawals (or other electronic debits) from Plaintiff's bank accounts related to the subject loan during the duration of this TRO.

5. **No billing/collection escalation.** Defendants and their agents shall cease billing and collection escalation beyond ordinary, non-threatening servicing communications during the duration of this TRO, including threats of immediate enforcement or acceleration tied to alleged default.

6. **Preservative relief only.** This TRO is preservative and does not adjudicate ultimate merits or the validity of any claim or defense.

IT IS SO ORDERED.

Dated: _____

_____

HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge