FILED
CLERK, U.S. DISTRICT COURT
2/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AUDREY LITTLE, Plaintiff (Pro Se),     **Case No. 5:26-cv-00402-MEMF (MBKx)**

v.

OAKTREE FUNDING CORPORATION;

ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1–50, inclusive,

Defendants.

**SUPPLEMENTAL DECLARATION (URGENT HARM UPDATE)**

I, Audrey Little, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am Plaintiff in this action and submit this urgent update to the Court regarding immediate irreparable harm.

2. I am already late on my first mortgage payment for the first time in my life as a direct consequence of the current enforcement posture and the need to protect my innocent co-borrower from foreclosure-related credit injury.

1   3. Oaktree (or its servicer) has attempted ACH withdrawals despite my instruction to stop, and I

2   expect another ACH attempt. Uncontrolled withdrawals and resulting overdrafts/late fees/credit

3   reporting are immediate and difficult to undo.

4   4. Absent an immediate status-quo TRO, I will be forced to list my home for sale immediately to

5   prevent foreclosure-related credit injury to my co-borrower and to stop compounding harm

6   before the Court can address jurisdiction and schedule a PI hearing.

7

8   Executed on February 17, 2026, at La Quinta, California.

9

10   /s/ Audrey Little

11   AUDREY LITTLE, Plaintiff Pro Se