FILED
CLERK, U.S. DISTRICT COURT
2/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**AUDREY LITTLE,**   Case No. 5:26-cv-00402-MEMF (MBKx)

   Plaintiff,

v.

OAKTREE FUNDING CORPORATION;

ROCKET CLOSE, LLC;

ROCKET COMPANIES, INC.; and

DOES 1–50, inclusive,

   Defendants.

## ONE-PAGE CHRONOLOGY

(SERVICE • NOTICE • INJUNCTION POSTURE • REMOVAL)

| Date | Event | Why it matters | Exhibit |
|---|---|---|---|
| 12/26/2025 | Rocket Companies, Inc. personally served (CT Corp registered agent). | Triggers unanimity requirement (served co-defendant). | Ex. 1 |
| 12/31/2025 | Oaktree personally served via registered agent (Cogency). | Shows formal notice and anchors removal clock; injunction posture existed before removal. | |
| 01/13/2026 | Courtesy copy of noticed PI motion emailed to Goldstein; formal service to follow. | Shows advance notice to counsel; removal not a surprise response. | Ex. 9 |
| 01/16/2026 | PI motion + supporting | Confirms noticed | Ex. 10 |

| | | | |
|---|---|---|---|
| | materials served on Oaktree's registered agent. | injunction posture and record were served pre-removal. | |
| 01/23/2026 | Plaintiff sends redlined FAC and notice that amended pleading posture is evidence-based. | Confirms advance notice of SAC/amendment posture before removal; defeats "surprise" narrative. | Ex. 12 |
| 01/27/2026 | Goldstein email: "now in the position to stipulate" to SAC; discusses hearing movement. | Confirms SAC posture known and negotiated pre-removal; supports prejudice/timing. | Ex. 6 |
| 01/28/2026 | State-court noticed PI opposition deadline — MISSED (no opposition filed by deadline). | Shows non-opposition at noticed deadline; removal filed the next evening in the gap. | Ex. 9–10 |
| 01/29/2026 | Oaktree removes case late in statutory window. | Removal filed after MISSED 1/28 opposition deadline and before 1/30 response posture; resets deadlines and delays adjudication while unanimity remained unsatisfied. | Ex. 5 |
| 01/30/2026 | Defense files Errata clarifying Buchalter represents only Oaktree. | Confirms no authority to bind Rocket; does not cure missing consent. | Ex. 7 |
| 09/10/2025 | Oaktree claim letter: Oaktree "became aware" of lien later during attempted sale. | Supports gatekeeper/QC failure inference and need for status-quo protection. | Ex. 11 |

Dated: February 17, 2026

/s/ Audrey Little

AUDREY LITTLE, Plaintiff Pro Se