# PLAINTIFF'S EXHIBITS

## In Support of Reply re Motion to Remand

FILED

CLERK, U.S. DISTRICT COURT

2/17/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ asi _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Prepared: 2026-02-15

Case: 5:26-cv-00402-MEMF (MBKx)

Plaintiff: Audrey Little (Pro Se)

*Exhibits are excerpted to the minimum pages necessary for remand issues (service, consent, counsel identity).*

# Exhibit 1 — Proof of Service (Rocket Companies, Inc.)

POS-010 showing personal service on 12/26/2025 via CT Corporation Systems (registered agent).

*Exhibit separator*

Electronically FILED by Superior Court of California, County of Riverside on 12/29/2025 12:00 AM
Case Number CVPS2508295 0000152243806 - Jason B. Galkin, Executive Officer/Clerk of the Court By Victoria Lopez, Clerk

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Audrey Little<br>81434 Merv Griffin Way<br>La Quinta, CA 92253<br><br>TELEPHONE NO: (310) 283–4448    FAX NO *(Optional):*<br>E-MAIL ADDRESS *(Optional):* audrey.little458@gmail.com<br>ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 3255 E. TAHQUIZ CANYON WAY
MAILING ADDRESS: 3255 E. TAHQUIZ CANYON WAY
CITY AND ZIP CODE: PALM SPRINGS, CA 92262
BRANCH NAME: DESERT - PALM SPRINGS COURTHOUSE

| PLAINTIFF/PETITIONER: AUDREY LITTLE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ROCKET TITLE INSURANCE COMPANY, et al. | CVPS 2508295 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>DEPT. PS1 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):* First Amended Complaint for Damages

3. a. Party served *(specify name of party as shown on documents served):*
      ROCKET COMPANIES, INC.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      C.T. CORPORATION SYSTEMS, Registered Agent, by serving Diana Ruiz, SOP Intake Specialist

4. Address where the party was served: 330 N. Brand Blvd., Suite 700, Glendale, CA 91203

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 12/26/2025    (2) at *(time):* 10:42 AM
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | CEB<br>www.ceb.com | Code of Civil Procedure, § 417.10 |
|---|---|---|---|

| PLAINTIFF/PETITIONER: AUDREY LITTLE | CASE NUMBER: |
| DEFENDANT/RESPONDENT: ROCKET TITLE INSURANCE COMPANY, et al. | CVPS 2508295 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*          (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* ROCKET COMPANIES, INC.
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: Joseph Goldbaum - JGI | Joseph Goldbaum Inc.
  b. Address: 4790 Irvine Blvd., Suite 105-504, Irvine, CA 92620
  c. Telephone number: 949-795-0760
  d. **The fee for service was:** $75.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☒ owner  ☐ employee  ☐ independent contractor.
      (ii) Registration No.: PSC-227
      (iii) County: Orange

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 12/27/2025

JOSEPH GOLDBAUM                              ▶
_____          _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    ( SIGNATURE )

## Exhibit 2 — Rocket Stipulation (State Court)

Stipulation confirming service completed 12/26/2025 and discussing SAC/leave posture and deadlines.

*Exhibit separator*

1   Brian A. Paino (SBN 251243)
    bpaino@hinshawlaw.com
2   Zeeshan Iqbal (SBN 337990)
    ziqbal@hinshawlaw.com
3   **HINSHAW & CULBERTSON LLP**
    350 South Grand Ave., Suite 3600
4   Los Angeles, CA 90071-3476
    Telephone:    213-680-2800
5   Facsimile:    213-614-7399

6   Attorneys for *Defendants* **ROCKET CLOSE, LLC (F/K/A AMROCK TITLE CALIFORNIA
    INC.) and ROCKET COMPANIES, INC.**

7

8                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                       **FOR THE COUNTY OF RIVERSIDE**

| | |
|---|---|
| 10  AUDREY LITTLE, | Case No.:  On O |
| 11         Plaintiff, | Assigned to: Hon. Arthur Hester |
| 12   vs. | Dept: PS1 |
| | [Unlimited Jurisdiction] |
| 13  ROCKET TITLE INSURANCE COMPANY; | |
|     ROCKET CLOSE, LLC (F/K/A AMROCK TITLE | |
| 14  CALIFORNIA INC.); ROCKET COMPANIES, | **STIPULATION TO EXTEND RESPONSE** |
|     INC.; OAKTREE FUNDING CORPORATION; | **DEADLINE FOR DEFENDANTS ROCKET** |
| 15  AND DOES 1-50, | **CLOSE, LLC AND ROCKET** |
| | **COMPANIES, INC.; [PROPOSED] ORDER** |
| 16         Defendants. | |
| 17 | Action Filed: November 12, 2025 |
| 18 | Trial Date: NA |

19          This Stipulation to Extend Response Deadline for Defendants Rocket Close, LLC and Rocket

20  Companies, Inc. ("Stipulation") is entered into between *Defendants* Rocket Close, LLC (f/k/a

21  Amrock Title California Inc.) and Rocket Companies, Inc. (collectively, the "Defendants") and

22  *Plaintiff* Audrey Little ("Plaintiff," and together with Defendants, the "Parties").

23                              **RECITALS**

24          **A.**    On November 12, 2025, Plaintiff commenced this action by filing her original

25  complaint (the "Complaint") against Defendants and Rocket Title Insurance Company ("Rocket

26  Title"). The Court issued a Summons on the Complaint on the same date.

27

28

**STIPULATION TO EXTEND RESPONSE DEADLINE FOR ROCKET CLOSE, LLC AND ROCKET
COMPANIES, INC. [PROPOSED] ORDER**

**B.** Prior to the service of the Complaint, on October 18, 2025, Plaintiff filed a First Amended Complaint ("FAC") through which she added Oaktree Funding Corporation ("Oaktree") as a defendant.

**C.** On January 5, 2026, Plaintiff filed a Request for Dismissal to dismiss Rocket Title Insurance Company (the "RFD"). The RFD was entered by the court the same day.

**C.** Service was completed on Defendants on December 26, 2025. Consequently, the deadline for Defendants to file a responsive pleading is January 26, 2026.

**D.** On January 6, 2026, Plaintiff filed a Motion for Leave to File Second Amended Complaint (the "Motion for Leave") wherein she seeks leave to file a Second Amended Complaint ("SAC"). The Motion for Leave is set for hearing on February 23, 2026.

**E.** The Parties engaged in a meet and confer process that spanned multiple discussions and concluded on January 22, 2026 (the "Meet and Confer"). As part of the Meet and Confer, the Parties agreed to narrow the causes of action alleged against Defendants in the FAC through the filing the SAC. Defendants, in turn, agreed they would not oppose the Motion for Leave.

**E.** To avoid unnecessary motion practice and aid in the efficient administration of this case, the Parties have agreed to enter into this Stipulation to extend the response deadline for Defendants to align with a decision on the Motion for Leave.

**TERMS**

The Parties agree as follows:

**1.** In the event the Court grants the Motion for Leave, Defendants shall have thirty (30) days from the date of service of the SAC to file a responsive pleading, as determined by Cal. Civ. Proc. Code § 471.5.

**2.** In the event that the Motion for Leave is denied, Defendants shall fifteen (15) days from the date of service of an order denying the motion to file a response to the FAC.

**IT IS SO STIPULATED**.

[*Signatures to Follow*]

**STIPULATION TO EXTEND RESPONSE DEADLINE FOR ROCKET CLOSE, LLC AND ROCKET COMPANIES, INC. [PROPOSED] ORDER**

1    Dated:  February 14, 2026                    **HINSHAW & CULBERTSON LLP**

2

3                                                  By:_____
                                                         BRIAN A. PAINO
4                                                        ZEESHAN IQBAL
                                                   Attorneys for *Defendants* **ROCKET CLOSE, LLC**
5                                                  **(F/K/A AMROCK TITLE CALIFORNIA INC.)**
                                                   **and ROCKET COMPANIES, INC.**
6

7    Dated:  February 14, 2026                    By:_____
                                                         AUDREY LITTLE, *in pro per*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that, in the event the Court grants Plaintiff leave to file the Second Amended Complaint ("SAC"), Rocket Close, LLC (f/k/a Amrock Title California Inc.) ("Close") and Rocket Companies, Inc. ("Companies") shall have thirty (30) days from the date of service of the pleading to file a response, as determined by Cal. Civ. Proc. Code § 471.5.

**IT IS FURTHER ORDERED** that, if Plaintiff's Motion for Leave to File the SAC (the "Motion") is denied, Close and Companies will have fifteen (15) days from the date of service of an order denying the Motion to file a responsive pleading.


Dated:  _____

                                            HON. ARTHUR HESTER
                                            Judge of the Superior Court

**STIPULATION TO EXTEND RESPONSE DEADLINE FOR ROCKET CLOSE, LLC AND ROCKET COMPANIES, INC. [PROPOSED] ORDER**

## Exhibit 3 — 1/5/2026 Email Identifying Rocket Counsel

Email to Goldstein stating: 'Zeeshan is the attorney for Rocket Close and Companies.'

*Exhibit separator*

**From:** **Audrey Little** audreylittle458@gmail.com
**Subject:** Mediation
**Date:** January 5, 2026 at 1:40 PM
**To:** Jason E. Goldstein  jgoldstein@buchalter.com
**Cc:** Audrey Little  audreylittle458@gmail.com,  Zeeshan Iqbal  ZIqbal@hinshawlaw.com



Hi Jason,

Zeeshan is the attorney for Rocket Close and Companies.  Would you / Oaktree be willing to attend a
mediation with them and me regarding this case?.  I am hoping it would lead to a much faster resolution.


Regards,

Audrey Little
audreylittle458@gmail.com

## Exhibit 4 — Goldstein Declaration (2/13/2026)

Declaration asserting no knowledge of who would represent Rocket in litigation and that Rocket had not appeared at removal.

*Exhibit separator*

1 | BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
2 | RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
3 | Irvine, CA 92612-0514
Telephone: 949.760.1121
4 | Fax: 949.720.0182
Email:jgoldstein@buchalter.com
5 |       rhovsepyan@buchalter.com

6 | Attorneys for Defendant
OAKTREE FUNDING CORP

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | AUDREY B. LITTLE,                         CASE NO.: 5:26-cv-00402 MEMF
                                            (MBKx)
11 |       Plaintiff,
                                            **DECLARATION OF JASON E.**
12 | vs.                                     **GOLDSTEIN IN SUPPORT OF**
                                            **DEFENDANT OAKTREE**
13 | OAKTREE FUNDING                          **FUNDING CORP.'S**
CORPORATION; ROCKET CLOSE,                  **OPPOSITION TO PLAINTIFF**
14 | LLC; ROCKET COMPANIES, INC.; and        **AUDREY B. LITTLE'S MOTION**
DOES 1 through 50, inclusive,               **FOR REMAND**
15 |
       Defendants.                          [Opposition and Evidentiary
16 |                                         Objections filed concurrently
                                            herewith]
17 |
                                            Date: March 19, 2026
18 |                                         Time: 10:00 a.m.
                                            Crtrm: 8(B)
19 |

20 | **DECLARATION OF JASON E. GOLDSTEIN**

21 |       I, Jason E. Goldstein, hereby declare as follows:

22 |       1.      I am an attorney duly licensed to practice law before all courts of the

23 | State of California, the State of Florida, all of the United States District Courts in

24 | California and the United States District Courts for the Southern and Middle Districts

25 | of Florida and the Northern District of New York. I am a Partner at the law firm of

26 | Buchalter LLP ("Buchalter"), counsel of record for Defendant Oaktree Funding

27 | Corp. ("Oaktree"), in the above-referenced action.

28 |

1

**DECLARATION OF JASON E. GOLDSTEIN**

BUCHALTER LLP
IRVINE

BUCHALTER 108125790v1

2.      Oaktree's removal was proper in all respects. As stated in my previously filed declaration [Dkt. 23-2], Plaintiff Audrey B. Little's ("Plaintiff") operative First Amended Complaint contained federal claims for relief and Oaktree's removal was timely filed.

3.      At the time of removal, I was not aware of who would be representing the Rocket escrow agent in the Plaintiff's litigation, although I did know attorney Zee Iqbal was to whom I was directed to tender a claim relative to the escrow. As I did not receive a formal response to my tender of claim on behalf of Oaktree from Mr. Iqbal, I did not know would represent the escrow agent in this litigation.

4.      At the time of removal, the Rocket escrow agent had not appeared in this litigation. The only Defendant who had appeared was Rocket Title Insurance Company – who was dismissed on January 5, 2026.

5.      In my experience with respect to title insurance and escrow claims, the attorney handling the claims process is not necessarily the attorney who handles the litigation.

6.      In any event, the Rocket escrow agent has appeared in this action and requested relief from this Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 13, 2026, in Irvine, California.

                              */s/ Jason E. Goldstein*
                              JASON E. GOLDSTEIN

# Exhibit 5 — CM/ECF Docket Excerpts

Docket report excerpt showing Notice of Removal, errata, remand schedule, and Rocket counsel appearance entry.

*Exhibit separator*

ACCO,(MBKx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:26-cv-00402-MEMF-MBK

Audrey B Little v. Oaktree Funding Corporation et al
Assigned to: Judge Maame Ewusi-Mensah Frimpong
Referred to: Magistrate Judge Michael B. Kaufman
Case in other court: Riverside Superior Court, CVPS2508295
Cause: 28:1441 Notice of Removal

Date Filed: 01/29/2026
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**Audrey B Little**

represented by **Audrey B Little**
81439 Merv Griffin Way
La Quinta, CA 92253
*PRO SE*

V.

**Defendant**

**Oaktree Funding Corporation**

represented by **Jason E Goldstein**
Buchalter APC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017
213-891-0700
Fax: 213-891-0400
Email: jgoldstein@buchalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Liparit Hovsepyan**
Buchalter LLP
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
949-760-1121
Fax: 949-720-0182
Email: rhovsepyan@buchalter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rocket Close, LLC**

represented by **Zeeshan Iqbal**
Hinshaw and Culbertson LLP
350 South Grand Avenue, Suite 3600
Los Angeles, CA 90071
213-680-2800
Fax: 213-614-7399
Email: ziqbal@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Rocket Companies, Inc.                    represented by **Zeeshan Iqbal**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Rocket Title Insurance Company**

**Defendant**

**Does**
*1-50*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2026 | 1 | NOTICE OF REMOVAL from Superior Court of the State of California for the County of Riverside, Palm Springs Branch, case number CVPS2508295 Receipt No: ACACDC-41390008 - Fee: $405, filed by Defendants Rocket Companies, Inc., Rocket Close, LLC, Oaktree Funding Corporation. (Attachments: # 1 Exhibit Exhibit A to Notice of Removal, # 2 Exhibit Exhibit B to Notice of Removal, # 3 Exhibit Exhibit C to Notice of Removal, # 4 Complaint, # 5 Ex Parte Application for Order Compelling Payment of Policy Benefits, Cure of Title Defect, and Production of Escrow and Title Files, # 6 Minute Order RE Ex Parte Application for Order Compelling Payment, # 7 First Amended Complaint for Damages - Breach of Contract, # 8 Declaration of Audrey Little, # 9 Exhibit Binder Index A thru J with Denial, # 10 SIGNED Proof of Service, # 11 Exhibit Index on 1st Amended Complaint for Breach of Contract Warranty (Over $35,000) of AUDREY LITTLE, # 12 Emergency Supplemental Declaration of Audrey Little and [Proposed] Order Granting Immediate Temporary Restraint, # 13 Supplemental Exhibits (A-B) in Support of Plaintiff's Application for Temporary Restraining Order, # 14 Notice of Hearing RE Ex Parte Hearing - Temporary Restraining Order, # 15 Ex Parte Application for Order Shortening Time to Advance Hearing on Plaintiff's Noticed Motion for Declaratory Relief Regarding Enforceability of Deed of Trust, # 16 Disability Accommodation Request, # 17 Notice of Motion and Motion for Temporary and Preliminary Injunctive Relief Memorandum of Points and Authorities Declaration of Audrey B. Little, # 18 Corrected Nunc Pro Tunc First Amended Complaint for Damages on 1st Amended Complaint, # 19 Declaration of Robert Teague ISO Defendant Oaktree Funding Corporation's Opposition to Plaintiff Audrey B. Little's Motion for Temporary and Permanent Injunctive Relief, # 20 Audrey Little Ex Parte Exhibits A thru J, # 21 Exhibit Binder (CVPS2508295) Index on 1st Amended Complaint for Breach of Contract Warranty (Over $35,000) of AUDREY LITTLE, # 22 Plaintiff's Ex Parte Application for Temporary Restraining Order, # 23 Plaintiff's Ex Parte Application for Temporary Restraining Order; Order to Show Cause Re Preliminary Injunction; Request for Order Shortening Time) (Attorney Jason E Goldstein added to party Oaktree Funding Corporation(pty:dft), Attorney Jason E Goldstein added to party Rocket Close, LLC(pty:dft), Attorney Jason E Goldstein added to party Rocket Companies, Inc.(pty:dft))(Goldstein, Jason) (Entered: 01/29/2026) |
| 01/29/2026 | 2 | CIVIL COVER SHEET filed by Defendants Oaktree Funding Corporation, Rocket Close, LLC, Rocket Companies, Inc.. (Goldstein, Jason) (Entered: 01/29/2026) |
| 01/29/2026 | 3 | Initial DISCLOSURE of Local Rule 7.1 Disclosure Statement filed by Defendants Oaktree Funding Corporation, Rocket Close, LLC, Rocket Companies, Inc. (Goldstein, Jason) (Entered: 01/29/2026) |

| 01/29/2026 | | CONFORMED COPY OF COMPLAINT filed by Plaintiff Audrey B Little in Riverside Superior Court on 11/12/2025, attached as Exhibit 4. (jtil) (Entered: 01/30/2026) |
|---|---|---|
| 01/29/2026 | | FIRST AMENDED COMPLAINT filed by Plaintiff Audrey B Little in Riverside Superior Court on 11/17/2025, attached as Exhibit 7. (jtil) Modified on 1/30/2026 (jtil). (Entered: 01/30/2026) |
| 01/30/2026 | 4 | EX PARTE APPLICATION for Temporary Restraining Order filed by Plaintiff Audrey B Little. (Attachments: # 1 Lodged Proposed Order) (gk) (Entered: 01/30/2026) |
| 01/30/2026 | 5 | NOTICE OF ASSIGNMENT of Eastern Division Removal Case and Notice re Consent to proceed before a U.S. Magistrate Judge. This case was initially assigned to District Judge Sunshine Suzanne Sykes and referred to Magistrate Judge Michael B. Kaufman for discovery. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges, this case has been randomly reassigned to District Judge Maame Ewusi-Mensah Frimpong. The case number on all documents filed with the Court in this case should read as follows: 5:26-cv-00402 MEMF (MBKx). (jtil) (Entered: 01/30/2026) |
| 01/30/2026 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jtil) (Entered: 01/30/2026) |
| 01/30/2026 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (jtil) (Entered: 01/30/2026) |
| 01/30/2026 | 8 | NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Ex Parte Application for Temporary Restraining Order filed 1/30/2026 4 . The following error(s) was/were found: Local Rule 11-3.8 title page is missing, incomplete, or incorrect. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 01/30/2026) |
| 01/30/2026 | 9 | NOTICE OF DEFICIENCIES in Attorney Case Opening. The following error(s) was found: The pro se litigant's email address was added to CM/ECF in error upon the opening of this Notice of Removal case. The pro se litigant's email will be removed from CM/ECF and will not be used for electronic service without the appropriate registration and consent. See Local Rule 53. (jtil) (Entered: 01/30/2026) |
| 01/30/2026 | 10 | NOTICE OF ERRATA filed by Defendant Oaktree Funding Corporation. correcting Notice of Removal (Attorney Civil Case Opening),,,,,,,,,,, 1 Selection of Defendants - Only Representing Oaktree Funding Corp. (Goldstein, Jason) (Entered: 01/30/2026) |
| 01/30/2026 | 11 | PLAINTIFF'S EMERGENCY MOTION TO REMAND AND FOR FEES (28 U.S.C. § 1447(c)) filed by Plaintiff Audrey B Little. (Attachments: # 1 Proposed Order) (yl) (Entered: 01/30/2026) |
| 01/30/2026 | 12 | NOTICE REGARDING PENDING MOTIONS SUBMITTED VIA EDDS filed by Plaintiff Audrey B Little. (yl) (Entered: 01/30/2026) |
| 01/30/2026 | 13 | PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (FOR PURPOSES OF CLARIFYING JURISDICTION) filed by Plaintiff Audrey B Little. (Attachments: # 1 Proposed Order) (yl) (Entered: 01/30/2026) |
| 01/30/2026 | 14 | PROOF OF SERVICE filed by defendant Oaktree Funding Corporation, re Notice of Reassignment of Eastern Division Removal Case (CV-106) - optional html form,, 5 , Notice to Counsel Re: Consent to Proceed before a US Magistrate Judge - optional html form 7 , Disclosure 3 , Civil Cover Sheet (CV-71) 2 , Errata 10 , Notice of Removal |

# Exhibit 6 — Pre-Removal SAC Stipulation Discussions

Email(s) reflecting Oaktree counsel 'now in position to stipulate' to SAC and related scheduling discussions.

*Exhibit separator*



From: **Goldstein, Jason E.** jgoldstein@buchalter.com
Subject: Oaktree/Rocket/Little [IMAN-BUCHALTER.FID6170674]
Date: January 27, 2026 at 12:32 PM
To: Audrey Little audreylittle458@gmail.com
Cc: Goldstein, Jason E. jgoldstein@Buchalter.com, Hovsepyan, Richard rhovsepyan@buchalter.com

Hi Audrey:

This email is to advise that I am now in the position to be able to stipulate to your filing a Second Amended Complaint.

Also, I would request that you stipulate to an order continuing the hearing on your injunction motion from February 10 to February 24. I will be out of state on the 10th at a conference.

Please let me know if you would be amenable to the above and I can prepare the stipulation as to the injunction motion and you can send me your stipulation on the Second Amended Complaint.

Please advise.

## Buchalter LLP

**Jason E. Goldstein**
Partner
**T** (949) 224-6235
**F** (949) 720-0182
jgoldstein@Buchalter.com

18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
www.buchalter.com | Bio | LinkedIn

## Buchalter

**Jason E. Goldstein**
Partner
**T** (949) 224-6235
**F** (949) 720-0182
jgoldstein@Buchalter.com

18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
www.buchalter.com | Bio | LinkedIn

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return

e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

## Exhibit 7 — Notice of Errata (Dkt. 10)

Errata clarifying Buchalter represents only Oaktree; filed 1/30/2026.

*Exhibit separator*

1  BUCHALTER LLP
   JASON E. GOLDSTEIN (SBN: 207481)
2  RICHARD HOVSEPYAN (SBN: 365788)
   18400 Von Karman Avenue, Suite 800
3  Irvine, California 92612-0514
   Telephone: 949.760.1121
4  Facsimile: 949.720.0182
   Email: jgoldstein@buchalter.com
5
   Attorneys for Defendant
6  OAKTREE FUNDING CORP.

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                  RIVERSIDE DIVISION

11  AUDREY B. LITTLE,                      Case No. 5:26-cv-00402-MEMF-MBK

12          Plaintiff,                      **NOTICE OF ERRATA RE ECF NO.**
                                            **1**
13      vs.

14  OAKTREE FUNDING
    CORPORATION; ROCKET CLOSE,
15  LLC; ROCKET COMPANIES, INC.; and
    DOES 1 through 50, inclusive,
16
            Defendants.
17

18      **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR**

19  **THE CENTRAL DISTRICT OF CALIFORNIA, ALL INTERESTED**

20  **PARTIES AND THEIR COUNSEL OF RECORD:**

21          **PLEASE TAKE NOTICE** that on January 29, 2026, Buchalter LLP filed its

22  Notice of Removal (ECF No. 1). Upon opening of the case, Buchalter LLP

23  erroneously selected representation of all the Defendants. Buchalter LLP only

24  represents Defendant Oaktree Funding Corp.

25          The undersigned apologizes for the inadvertent selection.

26

27

28

1    DATED:  January 30, 2026          BUCHALTER LLP

2

3                                      By:      /s/ Jason E. Goldstein
                                            JASON E. GOLDSTEIN
4                                           Attorneys for Defendant
                                            OAKTREE FUNDING CORP.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 8 — Proof of Service (Oaktree) 12/31/2025

POS■010 showing personal service on Oaktree Funding Corporation via registered agent Cogency Global Inc., 12/31/2025 at 11:32 AM.

*Exhibit separator*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Audrey Little<br>81439 Merv Griffin Way, Palm Springs, CA 92253<br>TELEPHONE NO:   310-283-4448        FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  audrey.little458@gmail.com<br>ATTORNEY FOR *(Name)*:  In Pro Per | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Riverside |
|---|
| STREET ADDRESS:   3255 East Tahquitz Canyon Way |
| MAILING ADDRESS:   3255 East Tahquitz Canyon Way |
| CITY AND ZIP CODE:   Palm Springs, 92262 |
| BRANCH NAME: |

| PLAINTIFF / PETITIONER:   Audrey Little<br>DEFENDANT / RESPONDENT:   Rocket Title Insurance Company, et al. | CASE NUMBER:<br>CVPS2508295 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
      Oaktree Funding Corporation
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Cogency Global Inc c/o Alex Gonzales, registered agent
4. Address where the party was served:
   1325 J Street, Ste 1550, Sacramento, CA 95814
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   December 31 of 2025        (2) at *(time)*:   11:32 AM
   b. [ ] **by substituted service.** On *(date)*:                    at *(time)*:                    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:                              or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: Audrey Little | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Rocket Title Insurance Company, et al. | CVPS2508295 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1)   on *(date)*:                                     (2)   from *(city)*:
   (3)   ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4)   ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐   Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐   as an individual defendant.
   b. ☐   as the person sued under the fictitious name of *(specify)*:
   c. ☐   as occupant.
   d. ☒   On behalf of *(specify)*:   Oaktree Funding Corporation
        under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | ☐ other: | |

7. **Person who served papers**
   a.   Name:                     Amber Wright
   b.   Address:                  1401 Garden Highway, Suite 100, Sacramento, CA 95833
   c.   Telephone number:     279-236-5969
   d.   **The fee** for service was:
   e.   I am:
        (1)   ☐   not a registered California process server.
        (2)   ☐   exempt from registration under Business and Professions Code section 22350(b).
        (3)   ☒   a registered California process server:
             (i)    ☐ owner   ☐ employee   ☒ independent contractor
             (ii)   Registration No:   2025-085
             (iii)  County:   Sacramento

8. ☒   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.


Date:   January 2 of 2026
Amber Wright
_____
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____
(SIGNATURE)

## Exhibit 9 — Courtesy Copy Email (1/13/2026)

Plaintiff emailed Oaktree counsel a courtesy copy of the PI motion on 1/13/2026, stating formal
service would follow.

*Exhibit separator*

**From:** **Audrey Little** audreylittle@icloud.com
**Subject:** Courtesy Copy of Motion
**Date:** January 13, 2026 at 11:09 AM
**To:** Goldstein, Jason E. jgoldstein@buchalter.com
**Cc:** Audrey Little audreylittle@icloud.com

Hi,

This will be formally served to the servicer in the next day or so.



**motion for injuctive relief.pdf**
223 KB

# Exhibit 10 — Proof of Service (Oaktree) 1/16/2026

Proof of service showing PI motion and supporting materials served on Oaktree's registered agent on 1/16/2026.

*Exhibit separator*

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *For Court Use Only* |
|---|---|
| Audrey Little<br>81439 Merv Griffin Way, Palm Springs, CA 92253<br>  TELEPHONE NO.:  310-283-4448        FAX NO. *(Optional)*<br>E-MAIL ADDRESS *Optional*   audrey.little458@gmail.com<br>  ATTORNEY FOR *(Name)*   In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Riverside
  STREET ADDRESS:  3255 East Tahquitz Canyon Way
  MAILING ADDRESS:  3255 East Tahquitz Canyon Way
  CITY AND ZIP CODE:  Palm Springs, 92262
  BRANCH NAME:  Palm Springs Branch

| PLAINTIFF / PETITIONER:  Audrey Little | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:  Oaktree Funding Corporation, et al. | CVPS2508295 |

| **PROOF OF SERVICE—CIVIL** | JUDICIAL OFFICER: |
|---|---|
| Check method of service *(only one):*<br>[X] By Personal Service   [ ] By Mail   [ ] By Overnight Delivery<br>[ ] By Messenger Service   [ ] By Fax | DEPARTMENT:<br>PS1 |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age and **not a party to this action.**
2. My residence or business address is:
   1401 Garden Highway, Suite 100, Sacramento, CA 95833.
3. [ ]  The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):*  Jan 16 of 2026 at 2:42 PM    I served the following **documents** *(specify):*
   Notice of Motion and Motion for Temporary and Preliminary Injunctive Relief.
   Supplemental Declaration of Audrey Little in Support of Motion to Advance Case Management Conference.
   Letter to Oaktree Funding Corp. titled "FINAL NOTICE: Immediate Discontinuance of Enforcement — Loan No. 22025050036".
   Exhibit Binder with exhibits A-1, A-2, B, C, D, E, F, G, H, J, L, M.
   Exhibit T — Chronology of Requests to Pause Billing / Enforcement.
   [ ]  The documents are listed in the *Attachment to Proof of Service—Civil (Documents Served)* (form POS-040(D)).
5. I served the documents on the **person or persons** below, as follows:
   a.  Name of person served:   Cogency Global Inc, registered agent of Oaktree Funding Corporation.
         By leaving the documents with Emma Hernandez, authorized employee of Cogency Global Inc.
   b.  [X]  *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
      Business or residential address where person was served:
      1325 J Street, Ste 1550, Sacramento, CA 95814
   c.  [ ]  *(Complete if service was by fax.)*
      Fax number where person was served:

   [ ]  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P))
6. The documents were served by the following means *(specify):*
   a.  [X]  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening

**PROOF OF SERVICE — CIVIL**
**(PROOF OF SERVICE)**

| CASE NAME:<br>Audrey Little vs. Oaktree Funding Corporation, et al. | CASE NUMBER:<br>CVPS2508295 |
|---|---|

6.  b.  ☐  **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

    (1)  ☐  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2)  ☐  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*                    ,

c.  ☐  **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d.  ☐  **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e.  ☐  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   January 19 of 2026

Keianna Hostetler
Registered Process Server
County of Sacramento, registration #2025-048

| (TYPE OR PRINT NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |
|---|---|

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |
|---|---|

## Exhibit 11 — Oaktree Notice of Claim (9/10/2025)

Notice of Claim stating Oaktree 'became aware' of the recorded lien later during attempt to sell the loan, supporting gatekeeper/QC failure inference.



September 10, 2025

Rocket Title Insurance Company
5910 North Central Expressway, Suite 1445
Dallas, TX 75206

Re:    Notice of Claim, Policy Number RTLSCA-104615.
       Date of Policy: 07/09/2025
       Property Address: 81439 Merv Griffin Way, La Quinta, CA 92253-8084
       Borrower: Audrey Beth Little and Jacob Little, JTWROS.
       Oaktree Loan Number: 22025050036
       Name of Insured: Oaktree Funding Corp.

Rocket Title Insurance Company:

Oaktree Funding Corp. ("Oaktree") hereby notifies Rocket Title Insurance Company ("Rocket") that it is making a claim against the above-referenced title policy (a copy of which is attached hereto).

Oaktree became aware during its attempt to sell the loan referenced above to an investor that there is an outstanding lien against the subject property in favor of Stewart and Lynda Resnick Revocable Trust in the amount of $393,000. This lien was recorded on 12/8/2024, which date was prior to Rocket's preliminary report and thus should have been discovered by Rocket. Currently, due to Rocket's error, Oaktree's lien is in third-position making it unsaleable. The Resnick lien on the property must be paid off in order for Oaktree's lien to assume second position so that the loan can be sold to its investor.

Oaktree looks forward to your prompt response.

Regards,

*Robert R. Teague*

SVP-Director of Compliance & General Counsel          cc: Stephen Lippens, Co-CEO

                                                          Kristopher Martin, Co-CEO

**Oaktree Funding Corp. | NMLS#: 71640 | 3133 W. Frye Rd., Suite 205, Chandler AZ 85226**

## Exhibit 12 — 1/23/2026 FAC Redline Notice / Amended-Pleading Advance Noti

Email to Oaktree counsel providing redlined FAC and stating the entire complaint was modified;
SAC is evidence-based.

*Exhibit separator*



**From:** **Audrey Little** audreylittle@icloud.com
**Subject:** Redlined version of FAC
**Date:** January 23, 2026 at 1:57 PM
**To:** Goldstein, Jason E. jgoldstein@buchalter.com
**Cc:** Audrey Little audreylittle@icloud.com, Iqbal, Zeeshan ZIqbal@hinshawlaw.com

For your reference I have included a redlined version of the FAC. As you can see the entire complaint has been modified. This is largely due to the fact that when I submitted the first complaint I had not received any evidence from any parties in the case including oak tree. I received 99% of yours on December 10, 2025 and one piece November 19, 2025. The SAC is written based on the evidence I have been able to obtain since the FAC. Even if some things remained they are not in the same place or substantively changed.



**FAC_Redline_Deletions Only.pdf**
145 KB