FILED
CLERK, U.S. DISTRICT COURT
2/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AUDREY LITTLE, Plaintiff (Pro Se),          **Case No. 5:26-cv-00402-MEMF (MBKx)**

v.

OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1–50, inclusive, Defendants.

)

**DECLARATION RE NOTICE AND COURTESY SERVICE (EX PARTE STATUS-QUO TRO)**

I, Audrey Little, declare:

1. I am Plaintiff in this action and submit this declaration to describe notice provided to Defendants' counsel in connection with Plaintiff's Ex Parte Application for Immediate Status-Quo Temporary Restraining Order and related filings.

2. On the date of this declaration, I submitted the ex parte TRO/status-quo materials to the Court via EDDS.

3. On the same date, I provided courtesy copies by email to the following counsel of record:

   a. Jason E. Goldstein (Buchalter LLP) — jgoldstein@buchalter.com

   b. Zeeshan Iqbal (Hinshaw & Culbertson LLP) — ziqbal@hinshawlaw.com

4. The courtesy email(s) included the following documents (as attachments and/or links):

1   • Ex Parte Application for Immediate Status-Quo TRO (Bridge Order)

2   • Proposed Order

3   • Supplemental Declaration (Urgent Harm Update)

4   • Consolidated Supplemental Declaration (if included)

5   • One-Page Chronology

6   • Exhibits packet (as applicable)

7   5. To the extent the CM/ECF system later generates NEF service upon docketing of the EDDS

8   submission, this declaration is offered to show that Defendants' counsel also received courtesy

9   notice contemporaneously, given the urgent nature of the requested relief.

10

11   I declare under penalty of perjury under the laws of the United States of America that the

12   foregoing is true and correct.

13

14   Executed on February 17, 2026, at La Quinta, California.

15

16   /s/ Audrey Little

17   AUDREY LITTLE, Plaintiff Pro Se