BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: 949.760.1121
Facsimile: 949.720.0182
Email: jgoldstein@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>  Plaintiff,<br><br>  vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 5:26-cv-00402-MEMF-MBK<br><br>**PROOF OF SERVICE RE OPPOSITION TO PLAINTIFF AUDREY B. LITTLE'S MOTION FOR REMAND** |

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER LLP, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612. On the date set forth below, I served the foregoing document described as:

1. **DEFENDANT OAKTREE FUNDING CORP.'S OPPOSITION TO PLAINTIFF AUDREY B. LITTLE'S MOTION FOR REMAND;**

2. **DECLARATION OF JASON E. GOLDSTEIN IN SUPPORT OF DEFENDANT OAKTREE FUNDING CORP.'S OPPOSITION TO PLAINTIFF AUDREY B. LITTLE'S MOTION FOR REMAND**

3. **DEFENDANT OAKTREE FUNDING CORP'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE [DKT. 19, P. 4] AND (PROPOSED) ORDER**

4. **DEFENDANT OAKTREE FUNDING CORP'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE [DKT. 19, P. 8-11] AND (PROPOSED) ORDER**

5. **DEFENDANT OAKTREE FUNDING CORP'S EVIDENTIARY OBJECTIONS TO DECLARATION OF AUDREY B. LITTLE [DKT. 19, P. 12-13] AND (PROPOSED) ORDER**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**AUDREY B. LITTLE**
**81439 Merv Griffin Way**
**La Quinta, California 92253**
**Telephone: 310-283-4448**
**E-Mail: audrey.little458@gmail.com**
**Plaintiff in Pro Per**

☑   **OVERNIGHT DELIVERY**   On February 17, 2026, I placed the Federal Express/GSO package for overnight delivery in a box or location regularly maintained by Federal Express/GSO at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/GSO to receive documents.  The package was placed in a sealed envelope or package designated by Federal Express/GSO with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

X    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on February 17, 2026, at Irvine, California.

Briana Urias                                                  /s/ Briana Urias
_____                        _____
                                                                    (Signature)

2

PROOF OF SERVICE RE OPPOSITION TO PLAINTIFF AUDREY B. LITTLE'S MOTION FOR REMAND                                                                Case No. 5:26-cv-00402

BUCHALTER 107853162v1

BUCHALTER LLP
IRVINE