FILED
CLERK, U.S. DISTRICT COURT
2/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AUDREY LITTLE,

    Plaintiff,

v.

OAKTREE FUNDING CORP., et al.,

    Defendants.

Case No.: 5:26-cv-00402-MEMF-MBK

Hon. Maame Ewusi-Mensah Frimpong

**EMERGENCY TRO SUPPLEMENTAL DECLARATION**

**(OAKTREE STATUS QUO ONLY — EXPEDITED RELIEF REQUIRED; EXHIBIT A)**

I, Audrey Little, declare as follows:

1. My first mortgage is serviced by Ally, which is not a party to this case. I am not requesting, and understand the Court cannot issue, any order directed to Ally.

2. The loan requiring emergency status-quo relief is the Oaktree loan (the "third" loan), which should not exist. I have supplied documentary evidence establishing the defect in that loan. This request seeks preservation of the status quo only.

3. Any delinquency designation, adverse credit reporting, or escalation on the Oaktree loan directly harms the credit profiles of Audrey Little and Jacob Little.

4. I have already paid approximately $36,000 and placed approximately $20,000 into escrow toward the Oaktree loan under pressure to prevent escalation and credit harm. I cannot continue making those payments.

5. Absent immediate status-quo relief restraining Oaktree, I have no choice but to not pay Ally. I am already late on Ally for the first time in my life. Additional derogatory reporting will compound beyond the approximately 100-point drop already documented in my exhibit binder and will materially impair my ability to secure housing, including qualifying for a rental even if forced to sell.

6. Despite written instructions directing Oaktree, its servicer(s), and its attorney not to do so, they continue attempting ACH withdrawals from my bank account. These ongoing debit attempts have resulted in a negative account balance and create immediate financial instability and additional risk of harm. A true and correct copy of today's bank statement reflecting the ACH attempt(s) and negative balance is attached as Exhibit A.

7. My disability and medical harm from housing instability were acknowledged in the state-court proceedings, and the state court limited delay and managed timing with urgency in light of that harm.

8. I cannot wait for a remand decision because the harm is occurring now. The delay has produced the foreseeable outcome: compounding credit, housing, and medical harm before the Court can rule.

9. Plaintiff respectfully apologizes for multiple filings and does not intend to burden the Court. Plaintiff is submitting only time-sensitive updates because the underlying harm is escalating by the day.

**REQUESTED EMERGENCY RELIEF**

10. Because Ally is a non-party, I request emergency relief directed solely to Oaktree and all persons/entities acting for or in concert with Oaktree (including any servicer, trustee, debt collector, and counsel), as follows:

a. Immediately cease initiating or attempting any ACH withdrawals or other electronic debits from any account belonging to Audrey Little;

b. Refrain from any adverse credit reporting or furnishing concerning the Oaktree loan as to Audrey Little or Jacob Little during the TRO period;

c. Refrain from any collection escalation, default actions, enforcement activity, or foreclosure-related steps relating to the Oaktree loan during the TRO period; and

d. Preserve the status quo pending further order of the Court.

11. Plaintiff further requests expedited handling, including shortened briefing and/or the earliest available hearing date (or decision on the papers), due to ongoing irreparable harm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 18, 2026

/s/ Audrey Little

Audrey Little, Plaintiff (Pro Se)

1 **EXHIBIT A**

2

3 **Bank Statement / Account Activity Showing ACH Attempt(s) and Negative Balance**

4 (Dated February 18, 2026)



Accounts

Add money

Bank accounts (2)

SAPPHIRE CHECKING (...5381) >

-$629.40

Available balance

⚠ Your account is overdrawn, but you may be able to take action to avoid overdraft fees.

PREMIER SAVINGS (...3716) >

$0.00

