BUCHALTER LLP
JASON E. GOLDSTEIN (SBN: 207481)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgoldstein@buchalter.com
         rhovsepyan@buchalter.com

Attorneys for Defendant
OAKTREE FUNDING CORP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY B. LITTLE,<br><br>Plaintiff,<br><br>vs.<br><br>OAKTREE FUNDING CORPORATION; ROCKET CLOSE, LLC; ROCKET COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 5:26-cv-00402 MEMF (MBKx)<br><br>**DEFENDANT OAKTREE FUNDING CORP.'S OPPOSITION, OBJECTIONS, MOTION TO STRIKE AND REQUEST FOR BRIEFING SCHEDULE AS TO PLAINTIFF'S SERIAL EX PARTE APPLICATIONS AND DECLARATIONS RELATIVE TO EX PARTE APPLICATIONS FOR STATUS QUO-ORDER PENDING PRELIMINARY INJUNCTION HEARING AND FOR IMMEDIATE STATUS-QUO URGENT TRO AND ADDITIONAL FILINGS [DKT. 44, 48, 49, 50, 53, 54, 55, 59]** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Oaktree Funding Corp. ("Oaktree"), hereby objects and moves to strike Plaintiff Audrey B. Little's serial ex parte applications and declarations relative to her request for a temporary restraining

1

DEFENDANT OAKTREE FUNDING CORP.'S OPPOSITION, OBJECTIONS, MOTION TO STRIKE AND REQUEST FOR BRIEFING SCHEDULE AS TO PLAINTIFF'S SERIAL EX PARTE APPLICATIONS AND DECLARATIONS RELATIVE TO EX PARTE APPLICATIONS FOR STATUS QUO-ORDER PENDING PRELIMINARY INJUNCTION HEARING AND FOR IMMEDIATE STATUS-QUO URGENT TRO AND ADDITIONAL FILINGS [DKT. 44, 48, 49, 50, 53, 54, 55, 59]

BUCHALTER LLP
IRVINE

BUCHALTER 108184330v1

order, which has already been fully briefed, and her related filings [Dkt. 44, 48, 49, 53, 54, 55 and 59]

Oaktree incorporates herein by this reference as though set forth in full its prior opposition and declarations in opposition to Plaintiff's ex parte application for a temporary restraining order which are contained in Dkt. 23.

Oaktree respectfully requests that this Court set a briefing schedule if the Court is going to entertain Plaintiff's serial filing of ex parte applications, declarations and related documents.

DATED: February 18, 2026         BUCHALTER LLP


By: */s/ Jason E. Goldstein*
JASON E. GOLDSTEIN
RICHARD HOVSEPYAN
Attorneys for Defendant
OAKTREE FUNDING CORPORATION

2
DEFENDANT OAKTREE FUNDING CORP.'S OPPOSITION, OBJECTIONS, MOTION TO STRIKE AND REQUEST FOR BRIEFING SCHEDULE AS TO PLAINTIFF'S SERIAL EX PARTE APPLICATIONS AND DECLARATIONS RELATIVE TO EX PARTE APPLICATIONS FOR STATUS QUO-ORDER PENDING PRELIMINARY INJUNCTION HEARING AND FOR IMMEDIATE STATUS-QUO URGENT TRO AND ADDITIONAL FILINGS [DKT. 44, 48, 49, 50, 53, 54, 55, 59]

BUCHALTER LLP
IRVINE

BUCHALTER 108184330v1