FILED
CLERK, U.S. DISTRICT COURT
2/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY      asi      DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

1  UNITED STATES DISTRICT COURT

2  CENTRAL DISTRICT OF CALIFORNIA

3

4  AUDREY B. LITTLE,                    Case No. 5:26-cv-00402-MEMF (MBKx)

5

6  Plaintiff,

7

8  v.

9

10  OAKTREE FUNDING CORPORATION, et al.,

11  Defendants.

12

13

14

15  **PLAINTIFF'S REPLY TO DEFENDANT OAKTREE FUNDING**
16  **CORPORATION'S OPPOSITION (DKT. 60) AND RENEWED REQUEST FOR**
17  **IMMEDIATE RULING ON PLAINTIFF'S EX PARTE STATUS-QUO TRO**
18  **(DKT. 48)**

19

20  Plaintiff Audrey B. Little ("Plaintiff"), appearing pro se, respectfully replies to Defendant
21  Oaktree Funding Corporation's Opposition (Dkt. 60).

22

23  **I. OAKTREE DOES NOT ADDRESS IRREPARABLE HARM; IT SEEKS**
24  **DELAY THAT PROLONGS ONGOING HARM**

25  Oaktree's opposition largely avoids the central issue before the Court: irreparable harm
26  absent immediate interim relief. Plaintiff's medical and disability record, including
27  previously filed health materials and urgent harm updates, demonstrate ongoing,
28  escalating injury that cannot be remedied by monetary damages after the fact. Rather than

confront that showing, Oaktree requests additional briefing schedules and procedural delay. That delay itself compounds the status-quo harms Plaintiff seeks to prevent.

## II. PLAINTIFF SEEKS A NARROW, TIME-SENSITIVE STATUS-QUO TRO

Plaintiff's request is limited: a short, focused status-quo TRO to prevent further irreversible consequences pending jurisdictional and merits determinations. The requested relief preserves—not alters—the existing posture while the Court evaluates removal and related issues. Continued delay risks irreversible enforcement, credit, and title-related consequences.

## III. TEAGUE DECLARATIONS REMAIN SUBJECT TO PENDING MOTION TO STRIKE

Oaktree continues to rely on Teague declarations despite Plaintiff's pending Motion to Strike or Disregard those declarations due to foundational and record-integrity deficiencies (Dkt. 53). The Court should not credit or expand reliance on contested declarations while the foundational challenge remains unresolved.

## IV. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court: (1) deny Oaktree's request for additional briefing delay; (2) decline to strike Plaintiff's emergency submissions; and (3) issue an immediate ruling on Plaintiff's Ex Parte Application for Immediate Status-Quo TRO (Dkt. 48), or enter temporary status-quo protection pending determination.

Dated: February 18, 2026

/s/ Audrey B. Little

AUDREY B. LITTLE

Plaintiff Pro Se

**PROOF OF SERVICE**

I am over the age of eighteen and not a party to this action. On February 18, 2026, I filed the foregoing document via CM/ECF, which automatically provides electronic service on counsel of record. Additionally, I transmitted a courtesy copy by email to:

Zeeshan Iqbal, Esq. – ziqbal@hinshawlaw.com

Jason E. Goldstein, Esq. – jgoldstein@buchalter.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 18, 2026.

/s/ Audrey B. Little

Audrey B. Little