FILED
CLERK, U.S. DISTRICT COURT
2/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AUDREY LITTLE,

Plaintiff,

v.

OAKTREE FUNDING CORP., et al.,

Defendants.

Case No. 5:26-cv-00402-MEMF-MBK

## MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY VIA CM/ECF (L.R. 5-4.1.1)

Plaintiff Audrey Little ("Plaintiff"), appearing pro se and not incarcerated, respectfully moves for leave to file documents electronically through the Court's CM/ECF system pursuant to Local Rule 5-4.1.1. Good cause exists because Plaintiff has regular access to a computer and reliable internet service, has the ability to prepare and submit documents in PDF format, and can receive and review Notices of Electronic Filing by email and comply with the CM/ECF Administrative Procedures. This Motion is supported by the accompanying Declaration of Audrey Little. Plaintiff's completed CM/ECF request/registration

form is attached as Exhibit A.

DATED: February 17, 2026

/s/ Audrey Little

AUDREY LITTLE

Plaintiff, Pro Se

# DECLARATION OF AUDREY LITTLE IN SUPPORT OF MOTION FOR LEAVE TO FILE ELECTRONICALLY VIA CM/ECF

I, Audrey Little, declare as follows: 1. I am the Plaintiff in this action. I appear pro se and I am not incarcerated. 2. I have regular access to a computer and reliable internet service. 3. I have the equipment and software necessary to prepare and submit documents in PDF format. 4. I have the ability to receive, access, and review Notices of Electronic Filing (NEFs) by email and to comply with the Court's CM/ECF requirements. 5. I respectfully request leave to file documents electronically via CM/ECF pursuant to Local Rule 5-4.1.1. My completed CM/ECF request/registration form is attached as Exhibit A. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 17, 2026

　　　/s/ Audrey Little
_____

AUDREY LITTLE

| | |
|---|---|
| Name: Audrey Little | |
| Address: 81429 Merv Griffin Way | |
| La Quinta CA 92253 | |
| Phone Number: 310-283-4448 | |
| Email Address: audrey.little458@gmail.com | |
| *Pro Se* | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Audrey Little | CASE NUMBER |
| | 5:26-cv-00402-MEMF |
| PLAINTIFF(S) | |
| v. | |
| Oaktree Funding, Rocket Close, Rocket Companies, Does 1-50 | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

As the ☒ Plaintiff  ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☐ A Computer with internet access.

   ☐ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☐ A scanner to convert documents that are only in paper format into electronic files.

   ☐ A printer or copier to create required paper copies such as chambers copies.

   ☐ A word-processing program to create documents; and

   ☐ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only

*audrey Little*

electronic format in which documents can be filed. Date: 2/17/20206            Signature: ___