1  Audrey Little
2  81439 Merv Griffin Way
3  La Quinta, CA 92253
4  310-283-4448
5  Audrey.little458@gmail.com
6  Plaintiff, Pro Se
7

FILED

CLERK, U.S. DISTRICT COURT

02/23/2026

CENTRAL DISTRICT OF CALIFORNIA

BY          AP          DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  AUDREY B. LITTLE,                    Case No. 5:26-cv-00402-MEMF (MBKx)
12
13
14  Plaintiff,
15
16  v.
17
18  OAKTREE FUNDING CORPORATION, et al.,
19
20  Defendants.
21
22
23
24      **EX PARTE APPLICATION FOR EXPEDITED RULING ON**
25      **PENDING TEMPORARY RESTRAINING ORDER (DKTS. 4, 48)**
26      **[Filed concurrently: Declaration of Audrey Little; Proposed Order]**
27

28  Plaintiff Audrey B. Little, pro se, applies ex parte under Local Rule 7 -19 for an expedited ruling

29  on her pending Ex Parte Applications for Temporary Restraining Order and Status - Quo Relief

30  (Dkts. 4, 48). Plaintiff seeks a ruling by February 21, 2026, or as soon as practicable.

31  I. NOTICE TO OPPOSING COUNSEL

32  Pursuant to L.R. 7 -19, Plaintiff notified counsel for Oaktree Funding Corporation (Jason E.

33  Goldstein and Richard Hovsepyan) of this application on February 18, 2026 at 10:40 PM PT via

34  email and phone and requested counsel's position. As of filing at February 19, 2026 at 1:45 PM

1    PST, no response has been received. Counsel contact information: Buchalter LLP, 18400 Von

2    Karman Ave., Suite 800, Irvine, CA 92612; Phone: 949 -760-1121; Emails:

3    jgoldstein@buchalter.com.

4    II. URGENCY AND IRREPARABLE HARM

5    Plaintiff cannot wait until the March 19, 2026 hearing date without interim relief. Harms are

6    escalating daily, including imminent ACH withdrawals and related credit harm risk (see, e.g.,

7    Dkt. 30), billing/collection pressure, and health exacerbation reflected in Plaintiff's health

8    materials and exhibits (see, e.g., Dkt. 41). Plaintiff also faces forced sale/listing pressure to

9    protect co -borrower Jake Little from escalating consequences. 3 These harms are irreparable

10   because monetary damages after the fact cannot restore credit, prevent compounding medical

11   injury, or unwind enforcement -related consequences.

12   III. BRIEFING IS COMPLETE; NO FURTHER DELAY IS NEEDED

13   The TRO/status -quo request is fully briefed. Plaintiff's filings include Dkts. 4, 19 –22, 24–26,

14   29 –31, 34 –40, 44, 46, 48 –55, 59, and Plaintiff's reply to Dkt. 60. Oaktree's filings include

15   Dkts. 23, 47, and 60. No additional input is required.

16   IV. RELIEF REQUESTED

17   Plaintiff respectfully requests that the Court expedite and issue a ruling on Dkts. 4 and 48 by

18   February 21, 2026, granting the narrow status -quo TRO requested in Dkt. 48 -1 (including no

19   foreclosure steps, no credit reporting, no ACH debits, and no escalation), pending a preliminary

20   injunction hearing and/or resolution of jurisdiction.

21   Dated: February 19, 2026

22   /s/ Audrey B. Little

23   AUDREY B. LITTLE

1    Plaintiff Pro Se