Audrey Little
81439 Merv Griffin Way
La Quinta, CA 92253
310-283-4448
Audrey.little458@gmail.com
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
02/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ___AP___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AUDREY B. LITTLE,

Plaintiff,

v.

OAKTREE FUNDING CORPORATION, et al.,

Defendants.

Case No. 5:26-cv-00402-MEMF (MBKx)

**DECLARATION OF AUDREY B. LITTLE IN SUPPORT OF**
**EX PARTE APPLICATION FOR EXPEDITED RULING (DKTS. 4, 48)**

I, Audrey B. Little, declare as follows: 1. I am the Plaintiff in this action and make this Declaration based on personal knowledge. If called, I could and would testify competently to the matters stated herein. 2. Notice to Oaktree's counsel (L.R. 7 -19). On February 18, 2026 at 10:40 PM PT, I notified counsel for Oaktree Funding Corporation Jason E. Goldstein by email and phone that I intended to file an ex parte application seeking an expedited ruling on my pending TRO/status -quo applications (Dkts. 4, 48) by February 21, 2026. I requested counsel's position. As of February 19, 2026 at 1:45 PM PST, no response has been received 3. Ongoing urgency. The risk of immediate harm continues and is time -sensitive, including imminent ACH

1  withdrawal/credit harm risk and escalating health impacts reflected in my prior filings (see, e.g.,

2  Dkts. 30 and 41). Each day of delay increases the risk of irreversible consequences. 4. I

3  respectfully request that the Court expedite and issue a ruling on Dkts. 4 and 48 as soon as

4  practicable. I declare under penalty of perjury under the laws of the United States that the

5  foregoing is true and correct.

6  Executed on February 19, 2026.

7  /s/ Audrey B. Little

8  AUDREY B. LITTLE