**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Audrey B. Little,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Oaktree Funding Corporation et al,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>5:26-cv-00402-MEMF-MBK<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by  __Plaintiff__

__Audrey B. Little__ is hereby:

[✓] **GRANTED**

    Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: February 24, 2026

_____
United States District/Magistrate Judge

[ ] **DENIED**

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)     ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING