O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY LITTLE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>OAKTREE FUNDING CORPORATION *et al.*,<br><br>　　　　　Defendants. | Case No.:  5:26-CV-00402-MEMF-MBK<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. NO. 13] AND GRANTING STIPULATION TO EXTEND RESPONSE DEADLINE [DKT. NO. 20]** |

　　　Before the Court is Plaintiff Audrey Little's unopposed Motion for Leave to File Second Amended Complaint (for Purposes of Clarifying Jurisdiction). Dkt. No. 13 ("Motion"). Also before this Court is the Stipulation to Extend Response Deadline for Defendants Rocket Close, LLC and Rocket Companies, Inc., entered into by Little and Defendants Rocket Close LLC and Rocket Companies, Inc. Dkt. No. 20 ("Stipulation").

In the Stipulation, Rocket Close LLC and Rocket Companies, Inc. agreed that they would not oppose the Motion. *See* Stipulation at 2. Defendants Oaktree Funding Corporation and Rocket Title Insurance Company were not parties to the Stipulation. But, as this Court's Standing Order explains, and as this Court explained to these parties at Dkt. No. 16, oppositions are due fourteen days after the filing of a motion. *See* Civil Standing Order § VIII(B). No oppositions to the Motion were received. So the Motion is unopposed by all Defendants.

In light of this Court's present Order, this Court will instruct the parties to meet and confer on the pending Motion to Remand. This Motion was filed on January 30, 2026, and is now fully briefed. *See* Dkt. Nos. 11, 47, 52. To that end, the briefing generally addresses the First Amended Complaint, which will no longer be operative. The Court will therefore instruct the parties to advise this Court on how they wish to proceed on that Motion.

For the foregoing reasons, this Court ORDERS as follows:

1. The Motion is GRANTED. Little is instructed to refile the operative Second Amended Complaint within five days of this Order.
2. Within five days of this Order, the parties are ordered to meet and confer and file a joint status report advising of their proposal for disposition of the now-briefed Motion to Remand.
   a. In particular, the parties should advise this Court as to which of the following three options they believe is approrpiate:
      i. To move forward with the Motion to Remand hearing as fully briefed;
      ii. To move forward with the Motion to Remand hearing, but allow the parties to file supplemental briefing addressing the new operative Complaint and whether this Court has jurisdiction to hear this matter;
      iii. To take the hearing off calendar and deny the Motion as moot.

3. The Stipulation is GRANTED. Rocket Close LLC (f/k/a Amrock Title California Inc.) and Rocket Companies, Inc. shall have twenty-one (21) days from the date of service of the pleading to file a response.

Dated: February 26, 2026.

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

3